**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MAISON KITSUNE, INC.,

               Plaintiff,

    -against-

VINOD KASTURI,

               Defendant.

---

Case No. 1:24-cv-04431-ALC

## STIPULATION EXTENDING THE TIME TO RESPOND TO THE COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of

record for Plaintiff Maison Kitsune, Inc. ("Plaintiff") and Defendant Vinod Kasturi

("Defendant"), that the time for Defendant to answer, move, or otherwise respond to the

Complaint filed by Plaintiff on June 10, 2024 (ECF #1) be, and hereby is, extended to and

including **September 3, 2024**.

**COLE SCHOTZ P.C.**

By:_____

    Randi Kochman, Esq.
    Cameron Welch, Esq.
    Arielle H. Wasserman, Esq.
    1325 Avenue of the Americas
    Suite 1900
    New York, NY 10019
    (212) 752-8000

*Attorneys for Defendant Vinod Kasturi*

**MUELLER LAW GROUP**

By:_____

    Paul S. Haberman, Esq., Of Counsel
    19 Engle Street
    Tenafly, New Jersey 07670
    88 Pine Street, 22nd Floor
    New York, New York 10005
    (201) 564-0590

*Attorneys for Plaintiff Maison Kitsune, Inc.*