**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MAISON KITSUNE, INC.,

                Plaintiff,

Case No. 1:24-cv-04431-ALC

     -against-

VINOD KASTURI,

                Defendant.

---

**TO:**    The clerk of court and all parties of record;

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel on behalf of Defendant, Vinod Kasturi, and requests that copies of all pleadings and other papers filed (however designated) and notices given be served upon the undersigned at the following address:

> **COLE SCHOTZ P.C.**
> Attention: Randi Kochman, Esq.
> Court Plaza North
> 25 Main Street
> P.O. Box 800
> Hackensack, New Jersey 07601
> Telephone: (201) 525-6309
> Email: rkochman@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in the proceeding, then the undersigned respectfully requests inclusion thereon.

DATED:    July 31, 2024        */s/ Randi Kochman*
                                    Randi Kochman, Esq.