20240709143114

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET**
EFFECTED (1) BY ME: Carlos Canas
TITLE: **PROCESS SERVER**

DATE: 07/10/24 12:30pm

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

VINOD KASTURI

Place where served:

1423 ELEVADO STREET  LOS ANGELES  CA  90078

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Stephanie Huang

Relationship to defendant    Wife / Household member

Description of Person Accepting Service:

SEX: F   AGE: 35   HEIGHT: 5'3"     WEIGHT: 130          SKIN: Asian      HAIR: Black    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 07 / 12 /20 24                                            L.S.

SIGNATURE OF Carlos Canas
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:     PAUL S. HABERMAN, ESQ.
PLAINTIFF:      MAISON KITSUNE INC.
DEFENDANT:   VINOD KASTURI
VENUE:          DISTRICT
DOCKET:        1 24 CV 4431
COMMENT: