**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAISON KITSUNE, INC.,

                Plaintiff,

     -against-

VINOD KASTURI,

                Defendant.

VINOD KASTURI,

                Counterclaimant and
                Third-Party Plaintiff,

     -against-

MAISON KITSUNE, INC., and KITSUNE
CREATIVE SAS,

                Counterclaim and Third-
                Party Defendants.

Case No. 1:24-cv-04431-ALC

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Vinod Katsuri, Defendant/Counterclaimant/Third-Party Plaintiff (a private non-governmental party or intervenor) certifies the following:

      There are no corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.

      Defendant/Counterclaimant/Third-Party Plaintiff Vinod Katsuri is a citizen of the United States of America.

68201/0001-48405530

2

Dated: September 3, 2024
         New York, NY

                                        /s/ *Cameron A. Welch*
                                        Randi Kochman, Esq.
                                        Cameron A. Welch, Esq.
                                        Arielle H. Wasserman, Esq.
                                        COLE SCHOTZ P.C.
                                        1325 Avenue of the Americas
                                        Suite 1900
                                        New York, NY 10019

                                        (212) 752-8000

                                        *Counsel for Counterclaim and Third-Party*
                                        *Plaintiff Vinod Kasturi*

2

68201/0001-48405530