# MUELLER LAW GROUP

19 ENGLE STREET
TENAFLY, NEW JERSEY  07670
(201) 567-4969
FAX (201) 567-4793

GREGORY K. MUELLER *
NEDA K. MOHEBBI
MICHAEL WHALEN

OF COUNSEL:
RAPHAEL G. JACOBS
ALLEN M. BELL
PAUL S. HABERMAN **
ELLIOTT MALONE *
PAUL I. PERKINS *
MARIANNA MOLIVER *
BENJAMIN SUESS *

WALL STREET PLAZA
88 PINE STREET
22ND FLOOR
NEW YORK, NEW YORK  10005
(212) 995-5445

*       MEMBER OF NJ & NY BARS
**     MEMBER OF NJ, NY & CT BARS

September 13, 2024

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

**Re:     Maison Kitsune, Inc. v. Kasturi (Docket No. 24-cv-04431-ALC)**

Your Honor:

We represent plaintiff Maison Kitsune, Inc. (the "Plaintiff") in the above-referenced matter. On September 3, 2024, defendant Vinod Kasturi (the "Defendant") filed his Answer with Affirmative Defenses, Counterclaims, and Third-Party Complaint (D.E. No. 14). Accordingly, as of today, Plaintiff has to answer, or otherwise move as to, the Counterclaims by on or before September 24, 2024.  Please consider this letter a formal request to extend Plaintiff's time to answer, or otherwise move as to, the Counterclaims by one (1) month, to October 24, 2024.

No previous requests for this extension have been made. I have corresponded with Arielle Wasserman, Esq. of Cole Schotz P.C., counsel for Defendant, and received Defendant's consent to make this request.

Thank you in advance for your consideration of this request.

Respectfully Submitted,

*/s/ Paul S. Haberman*

_____
Paul S. Haberman, Of Counsel

CC:      All Counsel (VIA ECF)

1