# MUELLER LAW GROUP

| | | |
|---|---|---|
| GREGORY K. MUELLER * | 19 ENGLE STREET | WALL STREET PLAZA |
| NEDA K. MOHEBBI | TENAFLY, NEW JERSEY 07670 | 88 PINE STREET |
| MICHAEL WHALEN | (201) 567-4969 | 22ND FLOOR |
| | FAX (201) 567-4793 | NEW YORK, NEW YORK 10005 |
| OF COUNSEL: | | (212) 995-5445 |
| RAPHAEL G. JACOBS | | |
| ALLEN M. BELL | | *   MEMBER OF NJ & NY BARS |
| PAUL S. HABERMAN ** | | **  MEMBER OF NJ, NY & CT BARS |
| ELLIOTT MALONE * | | |
| PAUL I. PERKINS * | | |
| MARIANNA MOLIVER * | | |
| BENJAMIN SUESS * | | |

September 13, 2024

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:    **Maison Kitsune, Inc. v. Kasturi (Docket No. 24-cv-04431-ALC)**

Your Honor:

We represent plaintiff Maison Kitsune, Inc. (the "Plaintiff") in the above-referenced matter. On September 3, 2024, defendant Vinod Kasturi (the "Defendant") filed his Answer with Affirmative Defenses, Counterclaims, and Third-Party Complaint (D.E. No. 14). Accordingly, as of today, Plaintiff has to answer, or otherwise move as to, the Counterclaims by on or before September 24, 2024.  Please consider this letter a formal request to extend Plaintiff's time to answer, or otherwise move as to, the Counterclaims by one (1) month, to October 24, 2024.

No previous requests for this extension have been made. I have corresponded with Arielle Wasserman, Esq. of Cole Schotz P.C., counsel for Defendant, and received Defendant's consent to make this request.

Thank you in advance for your consideration of this request.

Respectfully Submitted,

/s/ Paul S. Haberman
_____
Paul S. Haberman, Of Counsel

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: September 17, 2024

CC:    All Counsel (VIA ECF)