# MUELLER HABERMAN LAW GROUP



GREGORY K. MUELLER *
PAUL HABERMAN **
NEDA K. MOHEBBI
BENJAMIN SUESS *
MICHAEL WHALEN *

OF COUNSEL:
RAPHAEL G. JACOBS
ALLEN M. BELL
ELLIOTT MALONE *
PAUL I. PERKINS *+
MARIANNA MOLIVER *
BRIAN K. LAROCHE

19 ENGLE STREET
TENAFLY, NEW JERSEY  07670
(201) 567-4969
FAX (201) 567-4793

WALL STREET PLAZA
88 PINE STREET
22ND FLOOR
NEW YORK, NEW YORK  10005
(212) 995-5445

\*      MEMBER OF NJ & NY BARS
\*\*    MEMBER OF NJ, NY & CT BARS
+ CERTIFIED CIVIL TRIAL ATTORNEY

October 24, 2024

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

**VIA ECF**
The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

**Re:    Rule 44.1 Notice for Maison Kitsune, Inc. v. Kasturi (Docket No. 24-cv-04431-ALC)**

Your Honors:

We represent plaintiff Maison Kitsune, Inc. (the "Plaintiff") in the above-referenced matter. Please accept this letter as a formal notice that, pursuant to Federal Rule of Civil Procedure 44.1, Plaintiff intends to raise that French law applies to all counterclaims raised by defendant Vinod Kasturi in his September 3, 2023 Answer with Affirmative Defenses, Counterclaims, and Third-Party Complaint. D.E. No. 14.  Specifically, Plaintiff intends to raise that counterclaims 1, 2, 3, 4, and 5 should have French law applied to them.

Thank you in advance for your attention to this Notice.

Respectfully Submitted,

/s/ Paul S. Haberman

Paul S. Haberman

2

CC:        All Counsel (VIA ECF)