UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MAISON KITSUNE, INC.,

                 Plaintiff,

             v.

VINOD KASTURI,
                 Defendant.
------------------------------------------------------------------x

VINOD KASTURI,

                 Counterclaimant and
                 Third-Party Plaintiff,

             v.

MAISON KITSUNE, INC. and KITSUNE
CREATIVE SAS,

                 Counterclaim and
                 Third-Party Defendants.

------------------------------------------------------------------x

Docket No. 24-cv-04431 (ALC)(RFT)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Paul S. Haberman, sworn to on October 24, 2024, and upon the exhibits annexed thereto, and the accompanying Memorandum of Law in support of this motion, and the pleadings herein, plaintiff/third-party defendant MAISON KITSUNE, INC. will move this Court, before the Honorable Robyn F. Tarnofsky, **at a date and time to be determined by the Court**, for an Order: (1) pursuant to the inherent power of the Court, to dismiss or stay defendant/third-party plaintiff VINOD KASTURI's counterclaims based on the pendency of a related prior pending proceeding in the Commercial Court of Paris; and (2) for such other and further relief as this Court deems just and proper.

1

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served no later than November 25, 2024.  Reply papers, if any, shall be served no later than December 2, 2024.

Dated: New York, New York
October 24, 2024

**MUELLER HABERMAN LAW GROUP**

*/s/ Paul S. Haberman*

By: _____

PAUL S. HABERMAN (PH 2771)
19 Engle Street, Tenafly, New Jersey 07670
88 Pine Street, 22nd Fl, New York, New York 10005
(201) 567-4969: Phone
phaberman@muellerfirm.com: E-Mail

To:    All Counsel (VIA ECF)

2