UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MAISON KITSUNE, INC.,

                Plaintiff,

                v.

VINOD KASTURI,

                Defendant.
------------------------------------------------------------------x

VINOD KASTURI,

                Counterclaimant and
                Third-Party Plaintiff,

                v.

MAISON KITSUNE, INC. and KITSUNE
CREATIVE SAS,

                Counterclaim and
                Third-Party Defendants.

------------------------------------------------------------------x

Docket No. 24-cv-04431 (ALC)(RFT)

**DECLARATION IN SUPPORT**

      **PAUL S. HABERMAN** declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a partner in Mueller Haberman Law Group, counsel for plaintiff/third-party defendant MAISON KITSUNE, INC. (the "Plaintiff") in the above-captioned matter. As such, I am fully familiar with all of the proceedings had herein and submit this declaration in support of Plaintiff's motion for an Order: (1) pursuant to the inherent power of the Court, to dismiss or stay defendant/third-party plaintiff VINOD KASTURI's counterclaims based on the pendency of a related prior pending

1

proceeding in the Commercial Court of Paris; and (2) for such other and further relief as this Court deems just and proper.

2. Annexed hereto as Exhibits are documents which are relied upon and cited within Plaintiff's Memorandum of Law accompanying this motion:

    a. **Exhibit A**, a true and accurate copy of third-party defendant KITSUNE CREATIVE SAS's June 3, 2024 Complaint filed in the Commercial Court of Paris in the matter of <u>Kitsune Creative v. Vinod Kasturi</u>, as translated into English for information purposes only (the "French Complaint");

    b. **Exhibit B**, a true and accurate copy of the June 14, 2024 Declaration of Service of the French Complaint; and

    c. **Exhibit C**, a signed and notarized copy of the October 24, 2024 Declaration of French-Based Attorney Alexandre Meyniel.

3. For all of the reasons discussed at length in the accompanying Memorandum of Law, it respectfully requested that the Court grant the instant motion in its entirety.

Dated: New York, New York
      October 24, 2024               /s/ Paul S. Haberman

                                      PAUL S. HABERMAN (PH 2771)