# EXHIBIT B

FRANCE

**KITSUNE CREATIVE**

Plaintiff/Petitioner

vs.

**MONSIEUR VIOND KASTURI**

Defendant/Respondent

Case No.:      .

DECLARATION OF SERVICE OF
**ASSIGNATION; SUMMONS; ENGLISH TRANSLATION PROVIDED**

Received by **Samantha Barajas**, on the **6th day of June, 2024 at 8:34 AM** to be served upon **Vinod KASTURI** at **1423 Elevado St, Los Angeles, Los Angeles County, CA 90026**.
On the **14th day of June, 2024 at 9:00 AM**, I, **Samantha Barajas**, SERVED Vinod KASTURI at **1423 Elevado St, Los Angeles, Los Angeles County, CA 90026** in the manner indicated below:

**SUBSTITUTE SERVICE**, by personally leaving **1** copy(ies) of the above-listed documents at his/her usual place of abode with **Jane Doe**, who is 15 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to an individual who refused to give their name who identified themselves as the co-resident. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**

Service Fee Total: **$95.00**

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

| NAME: | | | |
|---|---|---|---|
| Samantha Barajas | N/A | 06/14/2024 | |
| | Server ID # | Date | |