

COLE SCHOTZ P.C.

Cameron A. Welch
Member
Admitted in NJ, NY and PA

Reply to New Jersey Office
Writer's Direct Line: 201.525.6209
Writer's Direct Fax: 201.678.6209
Writer's E-Mail: CWelch@coleschotz.com

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000    201-489-1536  fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida

October 30, 2024

**VIA ECF & EMAIL**
Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:    *Maison Kitsune, Inc. v. Kasturi*, Case No. 1:24-cv-04431-ALC

Dear Judge Carter:

We represent Defendant/Counterclaimant/Third-Party Plaintiff Vinod Kasturi ("Kasturi") in the above matter.

On October 24, 2024, Plaintiff/Counterclaim Defendant Maison Kitsune, Inc. ("Kitsune America"), filed a motion to dismiss Kasturi's Counterclaims (ECF #19, 20). Kitsune America did not file a letter requesting a pre-motion conference as required by Rule 2.A of Your Honor's Individual Practices. Kitsune America's notice of motion also set proposed response and return dates later in November that do not align with the response time otherwise contemplated under the Federal Rules of Civil Procedure, and indicated the motion would be returnable before Magistrate Judge Robyn F. Tarnofsky (who the parties have not designated as the trial judge). Judge Tarnofsky's Chambers has advised this motion is not presently before Her Honor.

In light of the foregoing, it is unclear whether this motion is properly before the Court, and, if so, what the briefing schedule is. We therefore seek guidance as to how the Court would like to proceed with hearing the motion, particularly in light of the fact Kasturi's opposition could be due as soon as November 7, 2024.  If the Court is inclined to permit the motion to proceed without the contemplated pre-motion conference we would be happy to work out a mutually agreeable briefing schedule with movant Kitsune America.

Respectfully submitted,

/s/ Cameron A. Welch
Cameron A. Welch