

COLE SCHOTZ P.C.

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000    201-489-1536  fax

—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Cameron A. Welch
Member
Admitted in NJ, NY and PA

Reply to New Jersey Office
Writer's Direct Line: 201.525.6209
Writer's Direct Fax: 201.678.6209
Writer's E-Mail: CWelch@coleschotz.com

November 5, 2024

**VIA ECF & EMAIL**
Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

   Re: *Maison Kitsune, Inc. v. Kasturi*, **Case No. 1:24-cv-04431-ALC**

Dear Judge Carter:

   We represent Defendant/Counterclaimant/Third-Party Plaintiff Vinod Kasturi ("Kasturi") in the above matter. We write in conjunction with Plaintiff/Counterclaim Defendant Maison Kitsune, Inc. ("Kitsune America"), and as follow-up to Kasturi's correspondence with the Court, dated October 30, 2024 (ECF #21) and Kitsune America' correspondence with the Court, dated October 31, 2024 (ECF #22).

   To the extent that this Court is inclined to permit Kitsune America's motion to dismiss Kasturi's Counterclaims (ECF #19, 20) (the "Motion to Dismiss") to proceed without the contemplated pre-motion conference, the parties have agreed to the following briefing schedule:

  1. Kasturi's opposition to the Motion to Dismiss is due on November 21, 2024;

  2. Kitsune America's reply is due December 5, 2024.

   A stipulation memorializing same is enclosed hereto. If the Court wishes to proceed with a pre-motion conference before setting a briefing schedule, the parties will make themselves available at the Court's convenience.

   We thank the Court for its attention to this matter.

       Respectfully submitted,

       /s/ Cameron A. Welch
       Cameron A. Welch

Encl.

68201/0001-48760042

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAISON KITSUNE, INC.,

                Plaintiff,

      -against-

VINOD KASTURI,

                Defendant.

VINOD KASTURI,

                Counterclaimant and
                Third-Party Plaintiff,

      -against-

MAISON KITSUNE, INC, and KITSUNE
CREATIVE SAS,

                Counterclaim and Third-
                Party Defendants.

Case No. 1:24-cv-04431-ALC

## STIPULATION REGARDING BRIEFING SCHEDULE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of

record for Plaintiff/Counterclaim Defendant Maison Kitsune, Inc. ("Kitsune America") and

Defendant/Counterclaim and Third-Party Plaintiff Vinod Kasturi ("Kasturi"), that:

1. Kasturi's opposition to Kitsune America's motion to dismiss Kasturi's

   Counterclaims (ECF #19, 20) (the "Motion to Dismiss") is due on or before

   November 21, 2024; and

2. Kitsune America's reply is due on or before December 5, 2024.

2

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be executed in counterpart, via facsimile, or electronically, and may be filed with the Court without further notice.

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **MUELLER HABERMAN LAW GROUP** |
| By: /s/ Cameron Welch | By: /s/ Paul S. Haberman |
|    Randi Kochman, Esq. |    Paul S. Haberman, Esq. |
|    Cameron Welch, Esq. |    19 Engle Street |
|    Arielle H. Wasserman, Esq. |    Tenafly, New Jersey 07670 |
|    1325 Avenue of the Americas |    88 Pine Street, 22nd Floor |
|    Suite 1900 |    New York, New York 10005 |
|    New York, NY 10019 |    (201) 564-0590 |
|    (212) 752-8000 | |
| | |
| *Attorneys for Defendant/Counterclaim and Third-Party Plaintiff Vinod Kasturi* | *Attorneys for Plaintiff/Counterclaim Defendant Maison Kitsune, Inc.* |

2

68201/0001-48760557v2