USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:11/6/2024_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAISON KITSUNE, INC.,

                Plaintiff,

      -against-

VINOD KASTURI,

                Defendant.

VINOD KASTURI,

                Counterclaimant and
                Third-Party Plaintiff,

      -against-

MAISON KITSUNE, INC, and KITSUNE
CREATIVE SAS,

                Counterclaim and Third-
                Party Defendants.

Case No. 1:24-cv-04431-ALC

## STIPULATION REGARDING BRIEFING SCHEDULE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of

record for Plaintiff/Counterclaim Defendant Maison Kitsune, Inc. ("Kitsune America") and

Defendant/Counterclaim and Third-Party Plaintiff Vinod Kasturi ("Kasturi"), that:

1. Kasturi's opposition to Kitsune America's motion to dismiss Kasturi's

    Counterclaims (ECF #19, 20) (the "Motion to Dismiss") is due on or before

    November 21, 2024; and

2. Kitsune America's reply is due on or before December 5, 2024.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be executed in counterpart, via facsimile, or electronically, and may be filed with the Court without further notice.

**COLE SCHOTZ P.C.**

By: /s/ Cameron Welch
    Randi Kochman, Esq.
    Cameron Welch, Esq.
    Arielle H. Wasserman, Esq.
    1325 Avenue of the Americas
    Suite 1900
    New York, NY 10019
    (212) 752-8000

*Attorneys for Defendant/Counterclaim and Third-Party Plaintiff Vinod Kasturi*

**MUELLER HABERMAN LAW GROUP**

By: /s/ Paul S. Haberman
    Paul S. Haberman, Esq.
    19 Engle Street
    Tenafly, New Jersey 07670
    88 Pine Street, 22nd Floor
    New York, New York 10005
    (201) 564-0590

*Attorneys for Plaintiff/Counterclaim Defendant Maison Kitsune, Inc.*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: November 6, 2024
New York, New York

2