## ATTESTATION
### CERTIFICATE

**L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

☑ **1. que la demande a été exécutée\***
that the document has been served\*

| — | **le (date)** / the (date): | 15/11/2024 |
|---|---|---|
| — | **à (localité, rue, numéro) :**<br>at (place, street, number): | 9 rue du Helder 75009 PARIS |

| — | **dans une des formes suivantes prévues à l'article 5 :**<br>in one of the following methods authorised by Article 5: | |
|---|---|---|
| ☐ | a) | ~~selon les formes légales (article 5, alinéa premier, lettre a)\*~~<br>~~in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*~~ |
| ☐ | b) | ~~selon la forme particulière suivante\*:~~<br>~~in accordance with the following particular method\*:~~ |
| ☐ | c) | ~~par remise simple\*~~<br>~~by delivery to the addressee, if he accepts it voluntarily\*~~ |
| ☒ | d) | **selon les formes légales (article 10, alinéa premier, lettre b)\***<br>**(signification par huissier de justice/gerechtsdeurwaarder).**<br>in accordance with the provisions of sub-paragraph (b) of article 10 of the Convention\* (service by bailiff). |

**Les documents mentionnés dans la demande ont été remis à :**
The documents referred to in the request have been delivered to:

| **Identité et qualité de la personne :**<br>Identity and description of person: | Madame NWAOKELEME Ange |
|---|---|
| **Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :**<br>Relationship to the addressee (family, business or other): | Hôtesse |

☐ **2. que la demande n'a pas été exécutée, en raison des faits suivants\* :**
that the document has not been served, by reason of the following facts\*:

|  |
|---|
|  |

☐ **Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Annexes* / Annexes

| **Pièces renvoyées:**<br>Documents returned: | Signification de l'acte + modalités de remise |
|---|---|
| **Le cas échéant, les documents justificatifs de l'exécution :**<br>In appropriate cases, documents establishing the service: | |

\* s'il y a lieu / if appropriate

| **Fait à** / Done at PARIS<br><br>**le** / the  18/11/2024 | **Signature et / ou cachet**<br>Signature and/or stamp |
|---|---|

Generated by: **HAGUE ENVOY**

## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE
### REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

**Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

| | |
|---|---|
| **Identité et adresse du requérant**<br>Identity and address of the applicant<br><br>Me. Aaron Lukken, Attorney/Avocat<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131, USA<br>E: lukken@vikinglaw.us<br>Tel.: +1.816.683.7900 | **Adresse de l'autorité destinataire**<br>Address of receiving authority<br><br>PSN & Associés, Commissaires de Justice<br>59 rue Desnouettes<br>75015 Paris<br>France<br>E.: contact@huissier-psn.fr<br>Tel. +33 01 56 08 33 33 |

**Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément aux articles 5 et 10 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Articles 5 and 10 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

**(identité et adresse) /** (identity and address

**KITSUNE CREATIVE SAS**
9 rue du Helder
75009 Paris

| | | |
|---|---|---|
| ☐ | a) | ~~**selon les formes légales (article 5, alinéa premier, lettre a)***~~<br>~~in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*~~ |
| ☐ | b) | ~~**selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :**~~<br>~~in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:~~ |
| ☐ | c) | ~~**le cas échéant, par remise simple (article 5, alinéa 2)***~~<br>~~by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*~~ |
| ☒ | d) | **selon les formes légales (article 10, alinéa premier, lettre b)***<br>**(signification par huissier de justice/gerechtsdeurwaarder).**<br>in accordance with the provisions of sub-paragraph (b) of article 10 of the Convention*<br>(service by bailiff). |

**Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate..

**Énumération des pieces /** List of documents

Hague Service Convention Warning; Summary of the Document to Be Served; Summons on a Third-Party Complaint; Answer with Affirmative Defenses, Counterclaims, and Third-Party Complaint

\*   s'il y a lieu / if appropriate

| | |
|---|---|
| **Fait à** / Done<br>Kansas City, Missouri, USA<br><br>**le /** the<br>13 novembre 2024 | **Signature et / ou cachet**<br>Signature and/or stamp |

Generated by: **HAGUE ENVOY**