## ATTESTATION
### CERTIFICATE

**L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

☒ **1. que la demande a été exécutée\***
that the document has been served*

| | | |
|---|---|---|
| — | **le (date) / the (date):** | 21 NOVEMBRE 2024 |
| — | **à (localité, rue, numéro) :**<br>at (place, street, number): | 9 rue du Helder 75009 Paris |

| | | |
|---|---|---|
| — | | **dans une des formes suivantes prévues à l'article 5 :**<br>in one of the following methods authorised by Article 5: |
| ☒ | a) | **selon les formes légales (article 5, alinéa premier, lettre a)\***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* |
| ☐ | b) | **selon la forme particulière suivante\*:**<br>in accordance with the following particular method*: |
| ☐ | c) | **par remise simple\***<br>by delivery to the addressee, if he accepts it voluntarily* |

**Les documents mentionnés dans la demande ont été remis à :**
The documents referred to in the request have been delivered to:

| | |
|---|---|
| **Identité et qualité de la personne :**<br>Identity and description of person: | Mme DANAJLOVIC Mily |
| **Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :**<br>Relationship to the addressee (family, business or other): | employée / Responsable |

☐ **2. que la demande n'a pas été exécutée, en raison des faits suivants\* :**
that the document has not been served, by reason of the following facts*.

☐ **Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

**Annexes** / Annexes

| | |
|---|---|
| **Pièces renvoyées:**<br>Documents returned: | |
| **Le cas échéant, les documents justificatifs de l'exécution :**<br>In appropriate cases, documents establishing the service: | |

\* s'il y a lieu / if appropriate

| | | |
|---|---|---|
| **Fait à / Done at** Paris<br>**le / the** 02 Décembre 2024 | **Signature et / ou cachet**<br>Signature and/or stamp | SCP<br>~~Stéphane EMERY~~<br>**Thierry LUCIANI<br>& Associés**<br>Commissaires de Justice Associés<br>93, rue Jouffroy d'Abbans 75017 PARIS<br>Tél. 01 43 26 91 99<br>Email : contact@emery-luciani.fr |

Generated by:  **H▲GUE ENVOY**

# DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE
## REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

**Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

| **Identité et adresse du requérant**<br>Identity and address of the applicant<br><br>Me. Aaron Lukken, Attorney/Avocat<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131, USA<br>E: lukken@vikinglaw.us<br>Tel.: +1.816.683.7900 | **Adresse de l'autorité destinataire**<br>Address of receiving authority<br><br>Ministère de la Justice<br>Direction des Affaires Civiles et du Sceau<br>Département de l'entraide, du droit international privé et européen (DEDIPE)<br>13, Place Vendôme<br>75042 Paris Cedex 01<br>France |
| --- | --- |

**Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :**

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

| **(identité et adresse) /** (identity and address |
| --- |
| **KITSUNE CREATIVE SAS**<br>9 rue du Helder<br>75009 Paris |

| | | |
| --- | --- | --- |
| ☐ | a) | **selon les formes légales (article 5, alinéa premier, lettre *a*)\***<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\* |
| ☒ | b) | **selon la forme particulière suivante (article 5, alinéa premier, lettre *b*)\* :**<br>in accordance with the following particular method (sub-paragraph *b)* of the first paragraph of Article 5)\*:<br>**COMMISSAIRE DE JUSTICE** |
| ☐ | c) | **le cas échéant, par remise simple (article 5, alinéa 2)\***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\* |

**Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.**

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate..

***Énumération des pieces /*** *List of documents*

| Hague Service Convention Warning; Summary of the Document to be Served; Summons on a Third-Party Complaint; Answer with Affirmative Defenses, Counterclaims, and Third-Party Complaint |
| --- |

\*   s'il y a lieu / if appropriate

| **Fait à** / Done<br>    Kansas City, Missouri, USA<br><br>**le /** the<br>    3 octobre 2024 | **Signature et / ou cachet**<br>Signature and/or stamp |
| --- | --- |

Generated by:  **HAGUE ENVOY**

## ATTESTATION
### CERTIFICATE

**L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

☐ **1. que la demande a été exécutée***
     that the document has been served*

| – **le (date)** / the (date): | |
|---|---|
| – **à (localité, rue, numéro) :** at (place, street, number): | |

| – **dans une des formes suivantes prévues à l'article 5 :** in one of the following methods authorised by Article 5: | |
|---|---|
| ☐ *a)* **selon les formes légales (article 5, alinéa premier, lettre *a*)*** in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention** | |
| ☐ *b)* **selon la forme particulière suivante*:** in accordance with the following particular method*: | |
| ☐ *c)* **par remise simple*** by delivery to the addressee, if he accepts it voluntarily* | |

**Les documents mentionnés dans la demande ont été remis à :**
The documents referred to in the request have been delivered to:

| **Identité et qualité de la personne :** Identity and description of person: | |
|---|---|
| **Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :** Relationship to the addressee (family, business or other): | |

☐ **2. que la demande n'a pas été exécutée, en raison des faits suivants* :**
     that the document has not been served, by reason of the following facts*:

| |
|---|
| |

☐ **Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Annexes* / *Annexes*

| **Pièces renvoyées:** Documents returned: | |
|---|---|
| **Le cas échéant, les documents justificatifs de l'exécution :** In appropriate cases, documents establishing the service: | |

\* s'il y a lieu / if appropriate

| **Fait à** / Done at | **Signature et / ou cachet** Signature and/or stamp |
|---|---|
| **le** / the | |

Generated by: **HAGUE ENVOY**

# AVERTISSEMENT
## WARNING

**Identité et adresse du destinataire** / Identity and address of the addressee

**KITSUNE CREATIVE SAS**
9 rue du Helder
75009 Paris

### TRÈS IMPORTANT

**LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.**

**SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.**

**LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :**

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

The Legal Aid Society
199 Water Street
New York, New York 10038, USA
Tel.: +1.212.577.3300

**Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

# ÉLÉMENTS ESSENTIELS DE L'ACTE
## SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

| | |
|---|---|
| **Nom et adresse de l'autorité requérante:** Name and address of the requesting authority: | Me. Aaron Lukken, Attorney/Avocat Viking Advocates, LLC 6525 Charlotte Street Kansas City, Missouri 64131, USA E: lukken@vikinglaw.us Tel.: +1.816.683.7900 |
| **Identité des parties\*:** Particulars of the parties\*: | **Plaintiff:** Maison Kitsune, Inc. **Defendant:** Vinod Kasturi **Counterclaimant and Third-Party Plaintiff:** Vinod Kasturi **Counterclaim and Third-Party Defendants:** Maison Kitsune, Inc.; **Kitsune Creative SAS** |

\*  S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte
   If appropriate, identity and address of the person interested in the transmission of the document

☒  **ACTE JUDICIAIRE\*\***
     JUDICIAL DOCUMENT**

| | |
|---|---|
| **Nature et objet de l'acte :** Nature and purpose of the document: | To notify the third-party defendant of a lawsuit against it, and to demand its answer at court. |
| **Nature et objet de l'instance, le cas échéant, le montant du litige :** Nature and purpose of the proceedings and, when appropriate, the amount in dispute: | Defendant interpleads the third party defendant, *inter alia*, breach of contract.  It seeks declaratory relief, damages, fees, and costs. |
| **Date et lieu de la comparution\*\* :** Date and Place for entering appearance**: | Within 21 days after service, the addressee must appear and file an answer in the United States District Court Southern District of New York, 40 Foley Square, New York, New York 10007. |
| **Juridiction qui a rendu la décision\*\* :** Court which has given judgment**: | No court has issued a judgment. |
| **Date de la décision\*\* ;** Date of judgment**: | No court has issued a judgment. |
| **Indication des délais figurant dans l'acte\*\* :** Time limits stated in the document**: | 21 days |

\*\* s'il y a lieu / if appropriate

Generated by:   **HAGUE ENVOY**