# MUELLER HABERMAN LAW GROUP



GREGORY K. MUELLER *
PAUL HABERMAN **
NEDA K. MOHEBBI
BENJAMIN SUESS *
MICHAEL WHALEN *

OF COUNSEL:
RAPHAEL G. JACOBS
ALLEN M. BELL
ELLIOTT MALONE *
PAUL I. PERKINS *+
MARIANNA MOLIVER *
BRIAN K. LAROCHE

19 ENGLE STREET
TENAFLY, NEW JERSEY  07670
(201) 567-4969
FAX (201) 567-4793

WALL STREET PLAZA
88 PINE STREET
22ND FLOOR
NEW YORK, NEW YORK  10005
(212) 995-5445

*       MEMBER OF NJ & NY BARS
**   MEMBER OF NJ, NY & CT BARS
+ CERTIFIED CIVIL TRIAL ATTORNEY

December 17, 2024

**VIA ECF**
The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

Re:    **Maison Kitsune, Inc. v. Kasturi (Docket No. 24-cv-04431-ALC)**

Your Honor:

We represent plaintiff Maison Kitsune, Inc. (the "Plaintiff") in the above-referenced matter. On or about November 21, 2024, third-party defendant Kitsune Creative S.A.S. was served the Answer to Complaint, Third-Party Complaint, and Counterclaim in France. D.E. No. 28.  The associated docket entry (28) states that Kitsune Creative S.A.S. is to answer/appear by January 21, 2025. However, Federal Rule 12(a)(1)(ii) provides, in relevant part,  that a defendant must serve an answer "within 90 days after it was sent to the defendant outside any judicial district of the United States."  Accordingly, and as it is anticipated that Mueller Haberman Law Group will be representing Kitsune Creative S.A.S. as well, please consider this letter a formal request to correct/ amend D.E. No. 28 to reflect that Kitsune Creative S.A.S. actually has until February 21, 2025 to answer/appear.

No previous requests for an adjournment of Kitsune Creative S.A.S.'s time to answer/appear in this case have been made. I corresponded with Cameron Welch, Esq. of Cole Schotz P.C., counsel for defendant/third-party plaintiff Vinod Kasturi and received his consent for this request.

Thank you in advance for your consideration of this letter and the request made herein. Happy Holidays.

Respectfully Submitted,

/s/ Paul S. Haberman
_____
Paul S. Haberman

1

2

CC:      All Counsel (VIA ECF)

2