# EXHIBIT A

Subscribe to enjoy 10% off your first order

## MAISON KITSUNÉ
PARIS

What are you looking for?

# LEGALS

The Kitsuné France Company is a simplified joint-stock company (SAS) with capital of 289,603.80 euros, with registered offices at 9, rue du Helder – 75009 Paris, France - T: +33 (0)142623238, registered in the Paris Trade and Companies Register under no. 442154456 Paris B, represented by Gildas Loaec, its Chief Executive Officer.

maisonkitsune.com is edited and published by Kitsuné info@kitsune.fr

**Siret :** 44215445600028

**Intra-Community VAT number :** FR20442154456

**Head of Redaction :** Gildas Loaec

**Hosting:**

- SASU ECRITEL GROUP
- 5 RUE DOAREN MOLAC 56610 ARRADON
- Standard : 0140612000 – Support technique : +33140615022

**Data storage :**

- SASU ECRITEL GROUP
- 5 RUE DOAREN MOLAC 56610 ARRADON

**Webdesign :** Maison Kitsuné
9, rue du Helder – 75009 Paris, France

**Integration and development :** Agence Blackbird
30 Avenue du Rhin – 67000 Strasbourg, France

**Photo credits :** Maison Kitsuné

## NEWSLETTER KITSUNÉ

Subscribe to our newsletter and get 10% off your first order.

BECOME MEMBER

## FOLLOW US



## CUSTOMER SERVICE

Track your order

Delivery

Make a return

FAQ

Size Guide

Contact Us

## MAISON KITSUNÉ

Our stores

Our cafés

Careers

Maison Franchisee

Café Franchisee

Press

## ABOUT

General Terms and Conditions of Sale

Privacy Policy

## REGION



Copyright Maison Kitsuné 2021