# MUELLER HABERMAN LAW GROUP



GREGORY K. MUELLER *
PAUL HABERMAN **
NEDA K. MOHEBBI
MICHAEL WHALEN *

OF COUNSEL:
BENJAMIN SUESS *
RAPHAEL G. JACOBS
ALLEN M. BELL
PAUL I. PERKINS *+
MARIANNA MOLIVER *
BRIAN K. LAROCHE

19 ENGLE STREET
TENAFLY, NEW JERSEY  07670
(201) 567-4969
FAX (201) 567-4793

WALL STREET PLAZA
88 PINE STREET
22ND FLOOR
NEW YORK, NEW YORK  10005
(212) 995-5445

*       MEMBER OF NJ & NY BARS
**    MEMBER OF NJ, NY & CT BARS
+ CERTIFIED CIVIL TRIAL ATTORNEY

March 11, 2025

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

> **Re:**    **Maison Kitsune, Inc. v. Kasturi (Docket No. 24-cv-04431-ALC)**

Your Honor:

We represent plaintiff Maison Kitsune, Inc. (the "Plaintiff") and third-party defendant Kitsune Creative S.A.S. (the "Third-Party Defendant") in the above-referenced matter.  Pursuant to Section 2(A) of Your Honor's Individual Practices, please accept this letter as a continuation of the request for an informal conference with the Court before the filing of a motion to dismiss defendant Vinod Kasturi's (the "Defendant") Third-Party Complaint (D.E. No. 14) as to Third-Party Defendant.  This letter is being submitted for the limited purpose of making certain that there will be either a pre-motion conference scheduled, or a deadline provided by which to file Third-Party Defendant's motion to dismiss. To date, Third-Party Defendant is acting under the understanding that the pending request has "stay[ed] the deadline" for Third-Party Defendant "to move or answer[]" in accordance with 2(A) of Your Honor's Individual Practices.  We reiterate its intention to file such a motion once the Court provides the Parties further guidance as to the same.

Thank you in advance for your consideration of this letter and the issues raised therein.

Respectfully Submitted,

*/s/ Paul S. Haberman*

_____
Paul S. Haberman

CC:    All Counsel (VIA ECF)