UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAISON KITSUNE, INC., <br><br>　　　　　Plaintiff, <br><br>　-against- <br><br>VINOD KASTURI, <br><br>　　　　　Defendant. | Case No. 1:24-cv-04431-ALC |
| VINOD KASTURI, <br><br>　　　　　Counterclaimant and <br>　　　　　Third-Party Plaintiff, <br><br>　-against- <br><br>MAISON KITSUNE, INC, and KITSUNE CREATIVE SAS, <br><br>　　　　　Counterclaim and Third- <br>　　　　　Party Defendants. | **ORDER** |

The Court is in receipt of the Parties' letters at ECF Nos. 31-34 regarding Third-Party Defendants' Kitsune Creative's motion to dismiss Third-Party Plaintiff's Third-Party Complaint (ECF No. 14). The Court DENIES the request for a premotion conference and GRANTS Third-Party Defendants' request to file a motion to dismiss, setting forth the following deadlines:

1. Opening brief due April 4, 2025;
2. Opposition brief due April 18, 2025; and
3. Reply brief due April 25, 2025

**SO ORDERED.**

_/s/ Andrew L. Carter, Jr._
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 14, 2025
New York, NY