UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MAISON KITSUNE, INC.,

                  Plaintiff,

                  v.

VINOD KASTURI,

                  Defendant.
-----------------------------------------------------------------x

VINOD KASTURI,

                  Counterclaimant and
                  Third-Party Plaintiff,

                  v.

MAISON KITSUNE, INC. and KITSUNE
CREATIVE SAS,

                  Counterclaim and
                  Third-Party Defendants.

-----------------------------------------------------------------x

Docket No. 24-cv-04431 (ALC)(RFT)

**<u>DECLARATION IN SUPPORT</u>**

      **PAUL S. HABERMAN** declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in Mueller Haberman Law Group, counsel for third-party defendant KITSUNE CREATIVE SAS (the "Third-Party Defendant") in the above-captioned matter. As such, I am fully familiar with all of the proceedings had herein and submit this declaration in support of Plaintiff's motion for an Order: (1) pursuant to the inherent power of the Court, dismissing or staying defendant/third-party plaintiff VINOD KASTURI's third-party claims against KITSUNE CREATIVE SAS based

1

on the pendency of a related prior pending proceeding in the Commercial Court of Paris; and (2) for such other and further relief as this Court deems just and proper.

2. Annexed hereto as Exhibits are documents which are relied upon and cited within Third-Party Defendant's Memorandum of Law accompanying this motion:

    a. **Exhibit A**, a true and accurate copy of Third-Party Defendant's June 3, 2024 Complaint filed in the Commercial Court of Paris in the matter of <u>Kitsune Creative v. Vinod Kasturi</u>, as translated into English for information purposes only (the "French Complaint");

    b. **Exhibit B**, a true and accurate copy of the June 14, 2024 Declaration of Service of the French Complaint; and

    c. **Exhibit C**, a signed copy of the April 4, 2025 Affidavit of Raphael Grand, the Deputy Managing Director of Third-Party Defendant.

    d. **Exhibit D**, a signed and notarized copy of the Affidavit of French-Based Attorney Alexandre Meyniel.

3. For all of the reasons discussed at length in the accompanying Memorandum of Law, it respectfully requested that the Court grant the instant motion in its entirety.

Dated: New York, New York
     April 4, 2025               /s/ Paul S. Haberman

                            PAUL S. HABERMAN (PH 2771)