# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MAISON KITSUNE, INC.,

                Plaintiff,

          v.

VINOD KASTURI,

                Defendant.
-----------------------------------------------------------------x

VINOD KASTURI,

                Counterclaimant and
                Third-Party Plaintiff,

          v.

MAISON KITSUNE, INC. and KITSUNE
CREATIVE SAS,

                Counterclaim and
                Third-Party Defendants.

-----------------------------------------------------------------x

Docket No. 24-cv-04431 (ALC)

**DECLARATION OF
ALEXANDRE MEYNIEL**

I, Alexandre Meyniel, Member of the Paris Bar, do hereby state as follows:

1.  My name is Alexandre Meyniel. I am a member in good standing of the Paris Bar. I am a founding partner of CARTIER MEYNIEL, a litigation law firm based in Paris. I write this affidavit in support of Plaintiff's motion to dismiss or stay the above captioned matter with respect to the counterclaims brought by Defendant Kasturi against Plaintiff.

2.  A court proceeding was commenced on June 5, 2024, before the Paris Commercial Court (*Tribunal de Commerce*) by KITSUNE CREATIVE SAS against Mr. Kasturi seeking to declare that Mr. Kasturi is not entitled to any equity of KITSUNE CREATIVE SAS under applicable law (the "**French Proceeding**").

3.  In the French Proceeding commenced before the above captioned matter, a first procedural hearing took place on October 24, 2024.  During the hearing, Defendant Kasturi was represented by counsel.

4.  At this procedural hearing, Defendant did not submit a pleading to dispute the jurisdiction of the French Proceeding.

5.  At the hearing, the Court assigned the matter to the International Chamber of the Paris Commercial Court (the "**International Chamber**") which, since 2018, specializes in international disputes. The International Chamber is governed by special procedural rules (the "**Protocol**") which purpose is to accommodate foreign litigants and make the prosecution and defense of international disputes in France convenient and cost-effective, including:

1

    a.   Under the Protocol, international litigants benefit from a detailed procedural timetable for greater predictability.

    b.   The judicial administration of evidence is strengthened by the possibility for the parties to be heard and to request the hearing of witnesses and experts, or parties, including the possibility of cross-examination, under the judge's control.

    c.   In addition, the use of English or other languages is permitted both in the production of documents and during hearings and pleadings. Documents in English may be disclosed without translation (subject to agreement on the implementation of the Protocol), which considerably alleviates translation costs concerns. This may also be the case for a written statement.

    d.   Hearings may take place in English and witnesses may be deposed, which is quite innovative with respect to French civil proceedings. Again, this provides both due process safeguards as the witness may testify in English if he so wishes and also reduces the costs as the parties are not forced to have recourse to court interpreters.

    e.   Foreign lawyers are entitled to participate in such proceedings, allowing a foreign litigant to instruct and have at his side his usual counsel.

6. Additionally, Judges assigned to the International Chamber are the most qualified judges of the Paris Commercial Court, all of them being seasoned to international and complex litigation and at ease with the use of English.

7. Thanks to the quality of its members and its rules providing special accommodations for English speaking litigants, the International Chamber meets the highest standards of civil procedure and provides foreign litigants with robust due process guarantees, cost-effectiveness and convenience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Paris (France), on this 24th day of October 2024,

*Alexandre Meyniel*
_____

Alexandre Meyniel

2

# Declaration of Alexandre Meyniel (FINAL) 10.24.2024

Final Audit Report                                              2024-10-24

| | |
|---|---|
| Created: | 2024-10-24 |
| By: | Olivier DuPont (odupont@dupontlawgroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAvcvSPqdIYJvl1JDA5mSovj7rWzD15R2p |

## "Declaration of Alexandre Meyniel (FINAL) 10.24.2024" History

Document created by Olivier DuPont (odupont@dupontlawgroup.com)
2024-10-24 - 9:21:35 PM GMT- IP address: 74.101.161.228

Document emailed to Alexandre Meyniel (ameyniel@cartiermeyniel.com) for signature
2024-10-24 - 9:21:39 PM GMT

Email viewed by Alexandre Meyniel (ameyniel@cartiermeyniel.com)
2024-10-24 - 9:21:54 PM GMT- IP address: 93.22.132.39

Document e-signed by Alexandre Meyniel (ameyniel@cartiermeyniel.com)
Signature Date: 2024-10-24 - 9:25:29 PM GMT - Time Source: server- IP address: 93.22.132.39

Agreement completed.
2024-10-24 - 9:25:29 PM GMT

Adobe Acrobat Sign