USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___4/16/2025___

## COLE SCHOTZ P.C.

P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536  fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Cameron A. Welch
Member
Admitted in NJ, NY and PA

Reply to New Jersey Office
Writer's Direct Line: 201.525.6209
Writer's Direct Fax: 201.678.6209
Writer's E-Mail: CWelch@coleschotz.com

April 10, 2025

**VIA ECF & EMAIL**
Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

> Re:   *Maison Kitsune, Inc. v. Kasturi*, Case No. 1:24-cv-04431-ALC

Dear Judge Carter:

We represent Defendant/Counterclaimant/Third-Party Plaintiff Vinod Kasturi ("Kasturi") in the above-captioned matter. We write in conjunction with Third-Party Defendant Kitsune Creative SAS ("Kitsune Parent"). We respectfully request that the Court modify and extend the briefing schedule for Kitsune Parent's Motion to Dismiss (ECF 36) as follows:

1. Kasturi's opposition to the Motion to Dismiss is due on May 2, 2025; and

2. Kitsune Parent's reply in further support of the Motion to Dismiss is due May 16, 2025.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Cameron A. Welch
Cameron A. Welch

cc. All parties via ECF

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 16, 2025
New York, NY

coleschotz.com

68201/0001-49818278