# EXHIBIT A

---------- Forwarded message ---------
From: **Vinod Kasturi** <vrkasturi@gmail.com>
Date: Mon, Jul 11, 2016 at 11:13 PM
Subject: Re: Offer Vinod Kasturi - General Manager US/Canada
To: Audrey CASTEL OSTER <audrey.casteloster@kitsune.fr>
Cc: Gildas Loaec <gildaskitsune@me.com>, masaya kuroki <masayakuroki@me.com>


Hi Audrey,

Sounds good, will review the contract with my lawyer promptly after receiving.

In the meantime, it'd be great to get intros to key team members in Paris working on the US & Canada takeover. Definitely want to meet more people at the company and get up-to-speed on the work done thus far, to see where I can start helping out.

A few other things I had on my list –

1. WANT Retail Takeover
   1. Update on latest negotiations status / anticipated timing
2. Update US & Canada P&L
   1. Waiting on assumptions feedback / questions list from you and Jerome
3. SS17 Orders
   1. Wholesale team initial results from Paris showroom appointments with US & Canada clients

Thanks,
Vinod

On Mon, Jul 11, 2016 at 6:22 AM, Audrey CASTEL OSTER <audrey.casteloster@kitsune.fr> wrote:

Dear Vinod,

Let me let you know about next steps for your employment.

I'm in touch with your US lawyer for him to formalize the employment contract.
Dudley Kimball will synchronize with our french lawyer Antoine Fouter on the equity warrants part.
You will get a 1st draft of the contract soon.

In the meantime, I'd be happy to introduce you to key persons of our French team, as from Paris we are already working on some issues for US/Canada takeover.
Please find attached our last version of organization chart.

Best,
Audrey

**De :** Vinod Kasturi <vrkasturi@gmail.com>
**Date :** vendredi 8 juillet 2016 20:52
**À :** Gildas Loaec <gildaskitsune@me.com>
**Cc :** Audrey Castel <audrey.casteloster@kitsune.fr>, masaya kuroki <masayakuroki@me.com>, Antoine Fouter <a.fouter@velvet-avocats.com>
**Objet :** Re: Offer Vinod Kasturi - General Manager US/Canada

Absolument, bon week-end!

--V

On Fri, Jul 8, 2016 at 1:10 PM, Gildas Loaec <gildaskitsune@me.com> wrote:

Great stuff

U have also to speak french 😁..
One day

Envoyé de mon iPhone

Le 8 juil. 2016 à 18:07, Vinod Kasturi <vrkasturi@gmail.com> a écrit :

Dear Gildas, Masaya and Audrey,

Thank you for meeting my salary request, I'm very pleased to accept the offer. I look forward to working with you and the Kitsuné team to achieve the goals outlined with the position.

Re: fundraising, great to see multiple consumer-focused investors reach the valuation target and enter the data room. Please don't hesitate to reach out if you have questions during the diligence process. Also, I'm available to further discuss 2016/2017 US & Canada objectives and the latest retail takeover plans at your convenience.

Thanks again for your support and confidence in my abilities.

Best,
Vinod

On Fri, Jul 8, 2016 at 10:12 AM, Audrey CASTEL OSTER <audrey.casteloster@kitsune.fr> wrote:

> Dear Vinod,
>
> First of all, thanks to renew your enthusiasm and engagement, we deeply appreciate !
>
> After discussing it with Gildas, we'd be OK to upgrade our offer to $150K.
> The whole other conditions stay as below.
>
> In a separate email, you we are asking where we are with fundraising :
> we've received 2 LOI from
> - Stripe - http://www.stripe-intl.com/en/outline/ - offered 5M for 17%
> - NEO Investment - http://neoinvestmentpartners.com/en/ - offered 4M for 17%, but Rothschild is discussing with them
> - we are also moving forward with Cassia Investment -http://cassiainvestments.com/
>
> Both Stripe and NEO will enter in data room very soon and we do hope getting the closing done by September.
> We are offering you having the equity warrants set up at the occasion of the fundraising, but this offer is binding and not subjected to fundraising.
>
> Let us know your thought about a lll this and I'll let our lawyer work on detailed employment contract.
>
> Many thanks,
> Audrey
>
>
> Le 8 juil. 2016 à 02:08, Vinod Kasturi <vrkasturi@gmail.com> a écrit :
>
>> Dear Gildas, Masaya and Audrey,
>>
>> Thank you for the detailed counter-proposal. I'd like to express again

how excited I am to begin working for Kitsuné. I believe I can make a significant contribution to the growth and profitability of the US & Canada business in the short and long term.

Before I can accept, I would like to discuss the compensation terms. The current salary offer of $100K is a meaningful reduction from my initial proposal of $200K – which I based on my experience, research on comparable GM salaries and the extensive responsibilities for the role. I completely understand the need to maintain general alignment with Kitsuné France salaries, but I would like to see if we can come to a compromise at $150K. To me, this better reflects my market value, as well as the unique position requirements, particularly in the initial phase of setting up operations where I will need to handle multiple functions (marketing, finance, operations, etc.).

If you could see to making this improvement to your offer, I know my performance will show a strong return. And I hope our conversations over the past two years have given you a better sense for the value I can bring to Kitsuné, through cost savings, increased revenue and productivity.

I'm confident we can come to a mutual agreement in short order. If you have any questions or would like to arrange a call to further discuss, please let me know.

Look forward to hearing from you soon.

Best,
Vinod

On Tue, Jul 5, 2016 at 10:53 AM, Audrey CASTEL OSTER <audrey.casteloster@kitsune.fr> wrote:

Dear Vinod,

Sorry for not coming back to you earlier about your proposal.

We've considered your offer and come back with a counter-offer, that we've designed in order to consider :

1.  your involvement at a key position in US/Canada
2.  our Maison Kitsuné salary ranges
3.  general standard of living in NY

**Salary / Benefits :**

- $100K salary

- $25K extra bonus paid yearly, upon achievement of agreed performances objectives

- we can offer a system of equity warrants in Kitsuné Creative (BSPCE, in french – this system has to be under French law as Kitsuné Creative holding is based in France, but you'll have to do your own research about capital gain taxation in US as this will be different from ours in France)
We had in mind :
* 0,5 after 1 year of activity with MK
* 0,5 after 2 years of activity with MK
* 0,5 after 3 years of activity with MK
This offer will be detailed and formalized by our lawyer M. Fouter in cc, and will be set up at the occasion of the fundraising which may happen soon (I will update you about this in a separate email).

- reimbursement for travel and other business-related expenses, in the limit of a yearly agreed budget

- health insurance

**Position description :**
as described below

**Starting date :**
September 1st, 2016


If this 1st elements of our proposal meet your expectations, we can quickly move forward in :

1. going in much deeper details of 2016/17 objectives for US/Canada
2. issuing a contract of employment, via our US lawyer
3. discussing equity warrants system with M. Fouter.

Let us know your thoughts.

Best,

Audrey Castel Oster
*General Manager*

---

**MAISON KITSUNE**
10, rue Chauchat
75009 Paris
Phone : + 33 (0)1 42 62 90 33
Mobile : + 33 (0)6 87 36 45 93

*www.kitsune.fr*

**De :** Vinod Kasturi <vrkasturi@gmail.com>
**Date :** samedi 19 mars 2016 17:17
**À :** Audrey Castel <audrey.casteloster@kitsune.fr>
**Cc :** Gildas Loaec <gildaskitsune@me.com>
**Objet :** Re: Position

Hi Audrey,

Thanks for the preliminary thoughts. The $200K is base salary, and I would anticipate all-in costs to be ~25%-40% higher. One point of clarification: the markup is not entirely additional form of compensation, it includes several taxes paid to the government applicable to all full-time hires, so this should be viewed more as a cost of doing business in the US.

I am open to discussing, and look forward to reviewing your more specific feedback and ideas about alternative compensation structures. We can make progress on this in parallel to working on the P&L. Attached is a signed mutual NDA; if you prefer to use your form, please send and I will review.

Also, if you could share the WANT historical financials (NoMad/Rivington/Wholesale), along with the forecast, that would be a great point of reference.

Have a great weekend.

Thanks,
Vinod

On Fri, Mar 18, 2016 at 2:26 PM, Audrey CASTEL OSTER <audrey.casteloster@kitsune.fr> wrote:

  Dear Vinod,

  Thanks for those answers, we understand more clearly salaries and benefits mechanism in the US.

  We can't answer right now on your offer.
  I hope you understand that we need to consider it in the light of general US/Canada future business and financial context.

  Small question : is the 200K the all-in costs or shall we multiply by 1,25/1,4 as said below ?
  Also, to be fully honest, your salary level as offered below (in both case all-in or not) is extreme high in comparison with our current range of salaries.
  So I hope this is a subject we can discuss.
  We are now exploring ideas of other possible compensations, and will come back to you shortly with a more precise feedback.

7

In the meantime, you were telling us you are interested in building closely with us the future P&L for US/Canada, on your free time @ Vevo. Thanks for suggesting this.
I definitely think it makes sense for both of us to build this P&L together, as it feeds the global thought on your position ambition and reality and on your recruitment conditions.

We would like to send you our US/Canada P&L starting point with growth hypothesis, so you can let us know :

1.  your thought about relevant investments and OPEX
2.  your suggestions for other business opportunities we may have missed.

Before Jerome send you all this, would you be OK signing a confidentiality letter ?

Many Thanks,

Audrey Castel Oster
*General Manager*

---

**MAISON KITSUNE**
10, rue Chauchat
75009 Paris
Phone : + 33 (0)1 42 62 90 33
Mobile : + 33 (0)6 87 36 45 93

*www.kitsune.fr*

---

**De :** Vinod Kasturi <vrkasturi@gmail.com>
**Date :** mercredi 16 mars 2016 16:16

**À :** Gildas Loaec <gildaskitsune@me.com>
**Cc :** Audrey Castel <audrey.casteloster@kitsune.fr>
**Objet :** Re: Position

Hi Gildas,

Please see below answers to your questions –

**equity in  kitsuné America  ?**

1.  My proposal is for equity at the corporate-level; Growth in the US & Canada business will benefit Kitsuné globally, and the other way around too
2.  In my mind, we are one team, and carving out America would be counterproductive
3.  As I will be working in a capacity that directly affects the revenue of the company, equity is a powerful motivating

force, and provides incentive to be even more invested in the future success of the company
4. As reference, my current job at Vevo includes salary, annual bonus and equity compensation

**have we an idea of the cost of this ?**
**i guess we can find on our side -but if you know already**

1. The all-in costs (salary, employment taxes and benefits) per employee are typically in the ~1.25x to ~1.4x base salary range (e.g. the cost range for a $50,000/year employee will likely be ~$62,500 to ~$70,000)
2. Please note this is only for full-time employees

**what you mean by to attract strong talent ?**

1. Benefits are an important piece of an employee compensation package and something new hires look for today
2. Most US companies (and competitors) offer health insurance as a basic standard (we do not have universal healthcare like in France), so providing coverage will allow Kitsuné to attract and retain the most qualified employees
3. There will also be some tax benefits for contributions made by the business

Hope my answers are clear; if there is need for further clarification, please let me know.

Best,
Vinod

On Tue, Mar 15, 2016 at 5:35 PM, Gildas Loaec <gildaskitsune@me.com> wrote:

Hello Vinod

thank you very much

some questions  below

Hi Audrey,

Thanks for laying out the job responsibilities below. I am comfortable with the detailed description provided (much was in sync with the growth deck I shared). We are aligned that the highest priority is ensuring a smooth transition from WANT, which will involve developing the business plan / P&L, setting up the back office, staffing and administrative oversight to complete the hand-off. Then myself and team can work to

9

grow the business, both organically (strategy/marketing) and inorganically (increasing the retail/café footprint), with oversight from Kitsuné France / BoD.

Below are my comments on the open items –

**Salary / Benefits**

1. $200K salary plus 3% equity (based on market comps); reimbursement for travel and other business-related expenses

equity in  kitsuné America  ?

1. To be documented in employment contract
2. In addition to salary, as a US-employer, Kitsuné will be obligated to provide health insurance for employees in accordance with government regulations

have we an idea of the cost of this ?
i guess we can find on our side -but if you know already

1. To attract strong talent, I would propose setting up a low-cost bundled HR solution for payroll, benefits and compliance (e.g. TriNet or Benefits)

what you mean by to attract strong talent ?

1. With regards to my employment status, I am currently at-will, meaning I can leave Vevo at any time (customary to provide two weeks' notice)

**Start Date**

1. I am comfortable starting in June / when the transition period starts
2. After starting, I view the immediate tasks to be (i) visiting Paris, (ii) working on the business plan (draft outline attached, incorporating all functions of the role) and (iii) organizing independent

10

operations / replacing WANT work streams

3. When appropriate, we should also discuss recruiting a commercial/sales manager in-time to take part in the changeover

**US & Canada P&L**

1. Let's definitely start working on the US & Canada P&L as soon as possible
2. Happy to use my free time from Vevo to review/refine what you and Jerome have prepared thus far, as well as WANT historical financials

**Partners**

1. It would be good to meet your US accountant and lawyers shortly

1. With them I can review past books, as well as incorporation, trademarks, business licenses, insurance, etc.

Let me know if you have any questions or would like to discuss. Look forward to hearing back from you soon.

Best,
Vinod

On Mon, Mar 7, 2016 at 7:40 AM, Audrey CASTEL OSTER <audrey.casteloster@kitsune.fr> wrote:

Dear Vinod,

I hope you are fine.

Following our recent conversations, we've been thinking what your position at Maison Kitsuné could be.
Please find below all details and pending questions we have in mind >> do not hesitate to amend or comment, if you see thing differently.

Some questions remain pending :

11

**Salary**
Could you let us know what you have in mind ?
And also explain how the salary system works in US
Please let us know what extra cost we may have besides payment of this salary ?
Please explain about your employment status.

**Starting date**
The whole US/Canada is outstanding at the moment
but from our talks with WANt we have good reasons to think that we may have to work ourselves on this territory from June
Would you be up for starting in June ?
I think a 2 weeks journey in paris would be good to start, so you can meet Gildas and I, and all key teams in Paris

**P&L US / Canada**
Once we know more precisely what the deal with WANT and exact timings for passation will be, we'll have to quickly build a precise P&L for us running directly US/Canada business
I hope we can work Jerome, you and I on this before June.

**Key partners**
As you know we used to have Maison Kitsuné Inc and Kitsuné Music Inc active
So we still have 1 US accountant and 1 US lawyer
At some point, we will introduce them to you.

**Position :**
*Head of Maison Kitsuné USA/CANADA – year 1*

*You'll be in charge of following issues, after prior approval of MK France and with the support of your local team*

*1. Urgent : Maison Kitsuné Inc and Kitsuné Music Inc re-opening + being operational by June 2016*

*organize back office of Maison Kitsuné Inc and Kitsuné Music Inc*
*- P&L short and long run / performances objectives and KPIs, according to general strategy discussed with MK Board of Directors*
*- deal envelop of expenses for US/canada with MK France Board of Directors*

12

*- set up the basis of our future NY company :
partners (legal, accountancy, banks, subsidies,
taxes, etc) + offices + showroom
- follow up closely*

1. *cash flows and day-to-day treasury*
2. *legal issues (back office and activities of MK Inc)*
3. *all administrative matters (back office and activities of MK inc)*
4. *operations (transportation, deliveries, logistic, customs, IT and connection with MK Paris ERP)*

***team organization, recruitment
and management***
*- Staff recruitment according to Maison Kitsuné
criteria / build a team with hierarchy, roles,
responsibilities and missions
- Spread through the teams the company
working philosophy : open-minded staff,
autonomy, dynamic, english speaking
- Focus and raise staff interest in sales
performance, via appropriate management
processes and techniques
- Trainings : supervision and organization of
sales training, collection training, customer
service training / create and update book of
procedures and commercial speech in
stores / Regular interviews
- Coordinating staff and information circulation
between MK France to MK US/Canada and to
retail team = have the shop staffs very sharp in
any news related to the brand (music, events,
products, capsule, etc)
- inter-stores  planning checking*

***2. Priority : focus on commercial issues***

***Retail strategy and store openings***
*- in charge of retail development strategy in
US/Canada, in accordance with Direction
- new stores opening strategy
- follow-up of all steps of a store opening :
location, work, team, offer, all layouts, image,
communication an marketing  + legal and
financial issue shall be closely followed up  with
MK France Board of Directors
- Feedbacks for Paris teams, notably on products
sales (top an flops)... In order to have Paris
studio integrate the local specs*

***Wholesale strategy***
*- in charge of wholesale development strategy in US/canada, in accordance with MK France Board of Directors*
*- Supervise prospection, new accounts signature, sales in Paris and USA/Canada, trainings, follow up on sell-through, merchandise, brands environments, etc*
*- Set up a real commercial strategy / key point = push the sales, orders and incomes and in the same time consider image of the brand in the choice of accounts, still being selective*
*- Feedbacks for Paris teams, notably on products sales (top an flops)… In order to have Paris studio integrate the local specs*

***KPI and performances analysis, followed by actions recommendations***
*- push each sales point to be aware and highly interested in performances : sales, sales by categories, stock issues, attendance, conversion rate, average shopping cart*
*- change these analysis into appropriate actions : commercial promo actions, events, incentive in teams, stock reallocation, push on social networks communities, etc*
*- have all reports needed from MK France commercial teams, in order to have appropriate buyings*
*- benchmark on US/Canada market + work on local positioning on the market (in term of price point, brand environments, etc) / communication of these elements to MK France office to integrate tho major market recommendations into our collection work*
*- local price issuing*


***3. Very important : Coordination/supervision of local promotion, communication and marketing:***

***Supervision of all local communication and marketing around the brand***
*- define local comm°/marketing strategy closely with MK France and decide budget, means and priorities*
*- PR work and missions supervision*
*- community management supervision ==> content + communication + development of local*

*social networks (social network = key point of
Maison kitsuné comm° strategy)
- Focus on synergies between music, events, café
and clothes
- set-up a yearly program (in link with
MK France office) of events, events in stores,
local commercial actions, music, potentially
press days, etc*

***Stores image and promo actions in stores***
*- get the right communication of events or any
news in store (sales, capsule collection coming,
new good coming etc) / in link with our MK
france communication/marketing team
- coordination of the merchandising, display and
windows
- uniforms, image of the shop staffs*

***Local partnership and collaborations***
*closely with MK France
communication/marketing team :
- deal with local partnership and collaborations
offers (negotiation, legal financial and
operations)
- partnership and collaboration prospection*

***4. In a 2nd time : optimize local production***

Let us know your thoughts about all this.

Best,

Audrey Castel Oster
*General Manager*

---

**MAISON KITSUNE**
10, rue Chauchat
75009 Paris
Phone :  + 33 (0)1 42 62 90 33
Mobile : + 33 (0)6 87 36 45 93

*www.kitsune.fr*

---

**De :** Vinod Kasturi <vrkasturi@gmail.com>
**Date :** jeudi 25 février 2016 19:59
**À :** Gildas Loaec <gildaskitsune@me.com>
**Cc :** Audrey Castel
<audrey.casteloster@kitsune.fr>
**Objet :** Re: Position

15

Hi Gildas,

Glad I was able to help with the WANT situation – I actually did a quick review of the agreements last night after work and reached most of the same conclusions. Will send a write-up with my notes later today.

I am still very interested in joining the Kitsuné team as Head of America. As we have discussed, I am constantly thinking about ways to grow the company's presence in the US & Canada, and think I bring unique passion and skills to the table.

I know things have been moving faster than anticipated, and as I mentioned last in NY, my initial plan was to finish at least one year at Vevo (ending in June), so I need to spend some time thinking through my own priorities and responsibilities. What are your thoughts on ideal timeline?

As a next step, I think it would be great to see how you and Audrey envision the job responsibilities, compensation/benefits, and then we can work together to refine the scope. Also, as we talked about, I would like to meet Masaya and other senior team members in Paris.

Very excited to continue the conversation.

Best,

Vinod

On Thu, Feb 25, 2016 at 6:53 AM, Gildas Loaec <gildaskitsune@me.com> wrote:

16

Dear  Vinod

Thank you for your good advices and good will  on the actual situation with Want .

Since things have been moving faster than expected
I was wondering in a scenario in wich you will be joining us at Maison kitsuné and because that s a question that we haven t been discussing yet .

What would be the ideal  time  you would need to  terminate your job at Vevo assuming of course that interesting for yourself to join us still .

I was enjoying each of our differents meetings and interactions  and I feel would be great to have a chance for Maison kitsune to collaborate with yourself in the States .

Perhaps we need to state properly the position beforehand .
 To me it will be head of KITSUNE inc America . Of course  need to developp properly the contours of the mission more in details with yourself and audrey


Best

Gildas

Envoyé de mon iPhone


<Kitsuné - US & Canada Business Plan Outline (March 2016) vDRAFT.pdf><Kitsuné - US & Canada Business Plan Outline (March 2016) vDRAFT.docx>

17

Any tax advice included in this document and its attachments was not intended or written to be used, and it cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Foley Hoag LLP immediately -- by replying to this message or by sending an email to postmaster@foleyhoag.com -- and destroy all copies of this message and any attachments without reading or disclosing their contents. Thank you.

For more information about Foley Hoag LLP, please visit us at www.foleyhoag.com.