# EXHIBIT D

**Wasserman, Arielle**

| | |
|---|---|
| **From:** | Vinod Kasturi <vrkasturi@gmail.com> |
| **Sent:** | Thursday, May 1, 2025 1:35 PM |
| **To:** | Wasserman, Arielle |
| **Cc:** | Welch, Cameron |
| **Subject:** | Fwd: June closing :Réconciliation IC mouvements - USA |

 External email ❯

███████████████████████████████████████████████
███████████████████████████████████████████████

████████

███████████

Begin forwarded message:

> **From:** Vinod Kasturi <vinod.kasturi@maisonkitsune.fr>
> **Date:** October 23, 2022 at 21:05:00 PDT
> **To:** Gildas Loaec <gildaskitsune@me.com>
> **Subject: RE: June closing :Réconciliation IC mouvements - USA**

Hi Gildas,

Thanks for your message, and hope you & the family are doing well and had a nice weekend.

Would love to catch up this week, and am completely aligned on the focus, profitability and independence initiatives -- I'm really making this the US priority for the second half of the year.

My note to Audrey and main frustrations relate more to the intercompany communications issues; if Audrey/other HQ managers are not properly updating me on strategy and/or making unilateral decisions which impact the US without any of my input, it is demotivating and creates wasted efforts and capital, which would be good to talk more about.

1

She also mentioned you are planning to visit LA & Vancouver in November- Once your dates are locked please let me know, as it'd be great to meet you there.

Let me know what day/time works best for you to hop on a call. Speak soon.

Best,

Vinod

516.476.2131

---

**From:** Gildas Loaec <gildaskitsune@me.com>
**Sent:** Thursday, October 20, 2022 10:19 PM
**To:** Vinod Kasturi <vinod.kasturi@maisonkitsune.fr>
**Subject:** Re: June closing :Réconciliation IC mouvements - USA

Hello Vinod

Happy to catch up next week or so

I understand there is a lot of frustrations

and everybody is a bit tired those days

One reason I m really keen to simplify things and do less

Also I m very much concerned about making sure about our economy to be healthy as an independant company

We need to be sure our projects are profitable

2

In Paris we had a few café closing down in the past

And then worked back to open  some better thought and done .

To me I said it a few times we should make the cafés  in New York profitable already before moving to do more ..

Also America is still a priority

You know  we had a really difficult time in the studio in Paris and still it isn't very easy .. lots of work to do still to upgrade the team and put everybody on the good path ..

It is a proper industrial desaster we are facing  with an entire team from design , atelier , developpement ,fabric ,production , logistic having no savoir faire and no proper method and no desire to

Till recently we weren't even able to make sweat-shirts anymore

We are coming back from the grave

I m dying we don't have so far the good products to work with in America

Positively talking

I can see some light coming from the new team at the studio

and from the beautiful  products I believe is coming finally

3

We ll be able to push further brand awareness in America down the line

In the meantime we need to caliber our operationnal spent properly

Hope all make sense

Let's catch up

Gildas

Envoyé de mon iPhone

Le 19 oct. 2022 à 00:45, Vinod Kasturi <vinod.kasturi@maisonkitsune.fr> a écrit :

FYI

**From:** Vinod Kasturi
**Sent:** Tuesday, October 18, 2022 11:35 AM
**To:** Audrey Castel Oster <audrey.casteloster@kitsune.fr>
**Subject:** RE: June closing :Réconciliation IC mouvements - USA

Hi Audrey,

4

I am available to talk through the points below on Thursday. I will send the reforecast model by tomorrow which addresses most of the EBITDA profitability questions raised below (as well as other proactive initiatives on my part to bridge the differential vs. our initial forecast with APICII, e.g. marketing budget cuts, physical sample sale in LA, ERTC payroll tax credit refunds, etc.; though some other impactful savings suggestions I emailed Pierre/Raphael about last month -- additional wholesale orders + logistics process improvements -- I did not have any feedback on).

One issue I would like to address though is the communication piece (or unfortunate lack thereof). Specifically, with regards to being cut out of key closure discussions impacting the US. After 6 years of hearing it will change, my patience and understanding has officially run out -- there are too many unanswered emails, cancelled calls, closed door meetings, late notices, improper context and one-sided mandates without mutual accountability, not only between us, but many other HQ interactions with my team.

It's not collaborative, disrespectful and only worsening as more international managers join without proper leadership behaviors, damaging our culture & motivations in the US. When you last visited, I thought we had productive conversations and were aligned in our goals and expectations, but instead it is continuing to devolve.

I am attaching my thoughts on Café Kitsuné Silver Lake, which I would have presented had I been included in the strategy debate. As you know, I will always respect and execute upon the decisions of you, Gildas & Masaya, but being involved in the conversation is a non-negotiable for this to happen (not finding out via e-mail 1-day before the P&L is due). Overall, we need to have an honest conversation about whether fixing this is a real priority, or reconsider our working relationship. I am truly hopeful this situation can be resolved, because at its core, it is a simple one- about making time, carving out the proper autonomies for the territory, and following through.

Speak to you soon.

Best,

Vinod

516.476.2131

5

**From:** Audrey Castel Oster <audrey.casteloster@kitsune.fr>
**Sent:** Thursday, October 13, 2022 10:40 AM
**To:** Vinod Kasturi <vinod.kasturi@maisonkitsune.fr>
**Cc:** Raphael GRAND <raphael.grand@kitsune.fr>
**Subject:** Re: June closing :Réconciliation IC mouvements - USA

Hi Vinod,

Long time no talk... the broken recurrency of our meetings is a problem I really don't know how to solve : my end of days are always on the rush.

Once again, sincere apologies for this, Vinod.

The document you've sent is really interesting on the operational, business and strategic parts.

Thanks for that and I'll be happy to go through this very soon : I propose a slot for you by end of next week.

But, before this, one of my main concerns at this stage is the accuracy of the financials and the control of the Budgets (P&L and Capex).

Over the last 3 years, we had several major Financial / Budget issues :

- Controlling of the launching costs of the E-shop and Café business
- Gross Margin adjustments
- Logistics costs booked on the wrong fiscal year

Therefore, one of the top priorities is to better control the financials and Budgets. For that, the Monthly P&L we implemented is a key tool that could help us achieve this goal.

Before having a full review of the 2022-23 revised Budget where the main goal would be to limit the decrease of the US EBITDA as much as possible, please find below few points we would like to discuss:

- Fashion Retail Salaries : Increase compared to Budget cannot only explain by inflation – Need to understand in detail these increases

- Café Retail Salaries : Noticed the decrease in August – Update of the staffing plan for the coming month
- Café LA : Decision to not open – Next step and exit of the lease
- Café Vancouver : decision to close CK ? – loss exceed the rent.
- Salaries Overhead : Better understanding of the N-1 Bonus effect and review the staffing plan.

Would you be free on Monday (slots available from 4pm to 6pm) or Tuesday (slots available from 4pm to 8pm).

Thanks a lot in advance,

Audrey Castel Oster

*Directrice Générale / Managing Director*

+33 (0)6 87 36 45 93

**Maison Kitsuné – Café Kitsuné – Kitsuné Musique |**



9, rue du Helder, 75009 Paris

www.maisonkitsuné.com

---

**De :** Vinod Kasturi <vinod.kasturi@maisonkitsune.fr>
**Date :** jeudi, 22 septembre 2022 à 05:25
**À :** Raphael GRAND <raphael.grand@kitsune.fr>, Audrey Castel Oster <audrey.casteloster@kitsune.fr>
**Objet :** RE: June closing :Réconciliation IC mouvements - USA

Hi Raphael/Audrey,

Hope you are well and having a good week.

Wanted to follow up here on the Q1 board deck as we did not set aside time to discuss due to August vacations. Sharing the presentation attached, which I would be happy to walk through at your convenience.

I'm pleased to see this first version come to life, but still much room for improvement on data analysis & insights for the Q2 update (while still preserving brevity/digestibility), so welcome your feedback + suggestions. All-in all, it was really encouraging to see our US managers enthusiastically participate in the reflective process, eager to learn, analyze, identify and take ownership over the levers for driving the business in their respective channels, and as a whole, aiding in a greater sense of common direction for the Americas. Now that we have this template setup, the idea is that it can be extracted for our Omni weekly, etc. and set a standard for further reporting coming from NorthAm (official PPT/XLS templates are now saved in our US PROJECT MANAGEMENT Teams channel).

The addition of Gus has definitely freed some of my bandwidth by passing daily accounting/approval activities, to tackle more strategic finance projects and bring this deck to life. However/TBH, I was hoping for more immediate support on his part, particularly w.r.t. level of rigor/attention to detail/presentation skills, to actively assist in building these best practices. I did though recently complete his 90-day review and would be glad to debrief together; @Raphael I understand your launching a weekly call tomorrow, so would be good to TB on my project list/PIP for him and your feedback soon too.

Please let me know and look forward to building upon this for the mid-year exercise in the coming weeks, as I have lots of ambitions for our US financial modelling with the new resources onboard! Speak soon.

Best,

Vinod

516.476.2131

**From:** Vinod Kasturi
**Sent:** Tuesday, August 2, 2022 12:07 AM
**To:** Raphael GRAND <raphael.grand@kitsune.fr>; Layla Toutouh

8

<layla.toutouh@kitsune.fr>; Madeleine Hoffmann
<madeleine.hoffmann@kitsune.fr>; Pierre Pignerol <pierre.pignerol@kitsune.fr>
**Cc:** Doshikar Gopi <doshi@karenrandassociates.com>; Ruby Piao
<ruby@karenrandassociates.com>; Gus Tatsch <gus.tatsch@maisonkitsune.fr>
**Subject:** RE: June closing :Réconciliation IC mouvements - USA

Thanks Raphael,

Please see attached a first draft of the Q1 22-23 financials-

Summary version including P&L mapping in the HQ Financial Reporting
Consolidator file (including COGS provisions).

Detail in consolidated financials downloads for MK & CK, which includes our new
COA which has been revised to reflect the updated Budget template. @Doshi/Ruby
I will have a few last formatting edits for you, and then will shift to Balance Sheet org
review with Gus next week.

I have also updated the financial model/landing with a quick Q1 actual vs. budget
comparison + some rough commentary (this will be expanded upon in the Q1 Board
Package which should be ready end of week/early next week; it would be great to
schedule a call to discuss all together week of the 15th if this works for you).

If you have any questions, don't hesitate to let us know.

Best,

Vinod

516.476.2131

---

**From:** Raphael GRAND <raphael.grand@kitsune.fr>
**Sent:** Monday, August 1, 2022 4:37 AM
**To:** Vinod Kasturi <vinod.kasturi@maisonkitsune.fr>; Layla Toutouh
<layla.toutouh@kitsune.fr>; Doshikar Gopi <doshi@karenrandassociates.com>;

Ruby Piao <ruby@karenrandassociates.com>; Gus Tatsch
<gus.tatsch@maisonkitsune.fr>
**Cc:** Madeleine Hoffmann <madeleine.hoffmann@kitsune.fr>
**Subject:** Re: June closing :Réconciliation IC mouvements - USA

Hi Vinod,

Thanks for your update.

Regarding the Inventory valuation matter, I confirm it is ok for us if you use your cost
per items sold approach to estimate the inventory value.

Thanks & regards,

Raphaël

**De :** Vinod Kasturi <vinod.kasturi@maisonkitsune.fr>
**Date :** lundi, 1 août 2022 à 04:33
**À :** Layla Toutouh <layla.toutouh@kitsune.fr>, Doshikar Gopi
<doshi@karenrandassociates.com>, Ruby Piao
<ruby@karenrandassociates.com>, Gus Tatsch
<gus.tatsch@maisonkitsune.fr>
**Cc :** Madeleine Hoffmann <madeleine.hoffmann@kitsune.fr>, Raphael
GRAND <raphael.grand@kitsune.fr>
**Objet :** RE: June closing :Réconciliation IC mouvements - USA

Hi Layla,

Hope you are doing well too, and had a nice weekend.

Confirming we are on track to share a first draft of the Q1 22-23 financials
tomorrow. The only element holding us up is some issues we are having with the
inventory valuations for both entities-

For MK, unfortunately our retail POS, Shopify, is addressing a glitch in their month-end inventory report for June 30, so we are unable to pull the stock snapshot as we typically do. In addition, for CK, APICII switched over to a new inventory management platform, Foodager/Bevager mid-month, so their EOM stock take is incomplete.

Thus, I wanted to know if you, Raphael & Pierre would be comfortable with us using a cost per items sold analysis for the closing? Gus already completed this for MK (as we plan to use it to estimate gross margin for the monthly closings go-forward). Then we can proceed with the inventory valuation/adjustment method for September.

Please note for the mid-year we are also thinking to have an independent physical inventory performed, as we have had Stellae cycle counting in the past few weeks and finding some discrepancies in values within their warehouse management system, and overall it has been quite some time that we did a comprehensive audit of the goods and methodologies in all locations.

Please let us know, and happy to answer any further questions.

Best,

Vinod

516.476.2131

---

**From:** Layla Toutouh <layla.toutouh@kitsune.fr>
**Sent:** Thursday, July 28, 2022 4:10 PM
**To:** Doshikar Gopi <doshi@karenrandassociates.com>; Ruby Piao <ruby@karenrandassociates.com>; Gus Tatsch <gus.tatsch@maisonkitsune.fr>
**Cc:** Vinod Kasturi <vinod.kasturi@maisonkitsune.fr>; Madeleine Hoffmann <madeleine.hoffmann@kitsune.fr>; Raphael GRAND <raphael.grand@kitsune.fr>
**Subject:** RE: June closing :Réconciliation IC mouvements - USA

Hi all,

I hope you are doing well.

Just to have an update, could you confirm that you will be able to share us a first draft of accounts on next monday ?

Best,

Layla TOUTOUH

*Responsable Comptable Groupe*

*Head of group accounting*

Mobile: +33 (0)7 63 88 29 00

---

**Maison Kitsuné | Paris |**

9 rue du Helder

75009 Paris

*www.maisonkitsune.com*

---

**De :** Layla Toutouh
**Envoyé :** lundi 18 juillet 2022 20:38
**À :** Doshikar Gopi <doshi@karenrandassociates.com>; Ruby Piao <ruby@karenrandassociates.com>; Gus Tatsch <gus.tatsch@maisonkitsune.fr>
**Cc :** Vinod Kasturi <vinod.kasturi@maisonkitsune.fr>; Madeleine Hoffmann <madeleine.hoffmann@kitsune.fr>; Raphael GRAND <raphael.grand@kitsune.fr>
**Objet :** RE: June closing :Reconciliation IC mouvements - USA

Dear Ruby, dear Doshi,

I hope you are doing well.

12

For June closing I share you updated intercompany movements between USA and France and the file with provision to book in your accounts.

Could you please book those provisions and send me back the intercompany files completed?

Could you share us a first draft of your financial statement for next Monday ?

Best,

Layla TOUTOUH

*Responsable Comptable Groupe*

*Head of group accounting*

Mobile: +33 (0)7 63 88 29 00

---

**Maison Kitsuné | Paris |**



9 rue du Helder

75009 Paris

*www.maisonkitsune.com*

---

**De :** Layla Toutouh
**Envoyé :** lundi 4 juillet 2022 15:43
**À :** Doshikar Gopi <doshi@karenrandassociates.com>; Ruby Piao <ruby@karenrandassociates.com>; Gus Tatsch <gus.tatsch@maisonkitsune.fr>
**Cc :** Vinod Kasturi <vinod.kasturi@maisonkitsune.fr>; Madeleine Hoffmann <madeleine.hoffmann@kitsune.fr>
**Objet :** TR: June closing :Reconciliation IC mouvements - USA

Dear Ruby, dear Doshi,

I hope you are doing well.

13

For June closing I share you the intercompany movements between USA and France.

Could you check and ask us the missing invoices.

Kind regards

Layla TOUTOUH

*Responsable Comptable Groupe*

*Head of group accounting*

Mobile: +33 (0)7 63 88 29 00

**Maison Kitsuné | Paris |**

9 rue du Helder

75009 Paris

*www.maisonkitsune.com*