# EXHIBIT F

Leyla Pursharifi <leyla.pursharifi@maisonkitsune.fr>
To: Audrey Castel <audrey.castel@kitsune.fr>, Pierre Vigne <pierre.vigne@maisonkitsune.fr>
US CORPORATE LAWYER

9 mars 2015 15:49

8 Attachments, 1,9 MB

Hej Pierre and Audrey,

In this email you have the important documents for you to have in regards of our corporate lawyer.

Our main contact is Dudley Kimball. You have his contact information below.

Our hourly rate with him is $375 which is a reduced rate because we got introduced by a family friend of mine.

I think they are good partners to keep for us for the future.

The only thing that is remaining is to change the president post that I have at Maison Kitsune Inc and Kitsune Music Inc. Next time Gildas is in NY with you Audrey or Masaya I recommend that you do a board meeting to change this.

Let me know if you have any questions,
Merci
Leyla



EMMET, MARVIN & MARTIN,LLP

*J. Dudley B. Kimball*
120 Broadway 32nd Floor
New York, NY 10271
Tel:  212-238-3022
Fax: 212-238-3100
Email: jkimball@emmetmarvin.com

KITSUNE MUSIC INC EIN NUMBER ( EMPLOYER IDENTIFICATION NUMBER ) 46-5089797
MAISON KITSUNE INC EIN NUMBER ( EMPLOYER IDENTIFICATION NUMBER ) 46-5079863



Kitsune Eng....pdf (692 KB)

Maison Kits....pdf (264 KB)

Kitsune Mus...pdf (289 KB)

Kitsune Stoc...pdf (498 KB)

Unpaid Inter...OCX (20 KB)

Paid Interns...OCX (20 KB)

| Form **W-9** | **Request for Taxpayer** | Give Form to the |
|---|---|---|
| (Rev. December 2014)<br>Department of the Treasury<br>Internal Revenue Service | **Identification Number and Certification** | requester. Do not<br>send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Emmet, Marvin & Martin, LLP

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only **one** of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶  **P**

**Note.** For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.)

120 Broadway

**6** City, state, and ZIP code

New York, NY 10271

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type* · *See Specific Instructions on page 2.*

---

**Part I    Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number

[  ] [  ] [  ] – [  ] [  ] – [  ] [  ] [  ] [  ]

or

Employer identification number

[████████████████]

---

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

| Sign Here | Signature of U.S. person ▶ *[signature]* | Date ▶  January 1, 2015 |
|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding.* See *What is backup withholding?* on page 2.

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

| Cat. No. 10231X | Form **W-9** (Rev. 12-2014) |
|---|---|

Leyla Pursharifi
US Country Manager

MAISON KITSUNE
Cell Phone: +1 (917)5143320
1 rue place André  Malraux
75001 Paris
www.kitsune.fr