# EXHIBIT G

MAISON KITSUNÉ

DISTRICT PROJECTS

STATEMENT OF WORK
Project Code:        MK100
Date:                December 16, 2016
Version:             3

This Statement of Work ("SOW") between District Projects, LLC ("District Projects" or "Agency") whose registered office is located at 102 Franklin Street, 3rd Floor, New York NY 10013 and Maison Kitsuné, Inc., whose registered office is located at 120 Broadway, 32nd Floor, New York, NY, 10271 ("Maison Kitsuné" or "Client") dated December 6, 2016 details the scope of services agreed on to work as Maison Kitsuné's U.S. Public Relations agency of record and deliver Training Guidelines.

## 1.   PROJECT OVERVIEW

Maison Kitsuné seeks a partner to advise on its 2017 U.S. public relations and communications strategy and to help it set up its in-house samples management structure. District Projects will deliver services for a twelve (12) month time frame for public relations consulting and deliver training guidelines for one (1) position on the samples team.

### 1.1.  TERM

The term of this agreement is broken across the two segments, firstly, the monthly public relations retainer that will begin on January 1, 2017, to December 31, 2017. Secondly, the Training project is estimated to begin on December 16, 2016, and continue for five (5) weeks, pending Holiday interruptions.

### 1.2.  PROJECT OBJECTIVE

District Projects will provide public relations and strategic communications consulting services to Maison Kitsuné with the goal of ensuring that the brand relaunches successfully in the U.S. market in 2017. As Maison Kitsuné's brand partner, District Projects will advise on public relations strategy, suggest activations and collaborations, and provide ongoing account management. The overarching goal will be to increase consumer awareness in the U.S. market among the target customer.

Additionally, District Projects will deliver a discrete project that will advise on how to setup, train and evaluate performance of a new hire responsible for day-to-day samples management.

### 1.3.  OVERVIEW OF ROLES & COMMUNICATION

Agency Team:
- Day-to-day Contact(s): Paul Shaked, Max Vallot

Core Client team:
- Day-to-day Contact: Than-ha Nguyen
- Approver(s): Vinod Kasturi, Remi Le Hong, Than-ha Nguyen

### 1.3.  COMMUNICATION

To ensure efficient communication, District Projects recommends the following terms of project communication. It is understood and agreed that these recommendations are non-binding and non-

exclusive, and Agency and Client may communicate through any desired means or medium to effectuate this SOW and complete the project:

- Day-to-day communication will be centralized and channeled between one central Client contact from Maison Kitsuné and District Projects.

- Maison Kitsuné and District Projects shall establish weekly status calls to ensure all parties are informed of progress and outstanding issues. District Projects shall maintain a status report on all current initiatives, which will be distributed to the Representatives on a weekly basis.

Both parties will work together in good faith to follow the Statement of Work (SOW) so that the Deliverables can be produced within the agreed budget and timeline.

## 2.    SERVICES AND DELIVERABLES

The services will be provided on location at the District Projects offices, 102 Franklin Street, 3rd Floor, New York NY 10013. The services will be provided during normal US office hours (Monday to Friday, 9am to 6pm EST) unless otherwise agreed.

## 2.1.  SERVICES

The activities for the work streams include the following services and are outlined in detail below.

1. Retained Communications Consulting

- US Press Strategy
    - Definition and agreement of communications objectives, followed by the development of a unique public relations outreach strategy and brand positioning.
    - Co-definition of market objectives, along with requirements and/or restrictions (including tentative or final media plans).
    - Facilitate senior level U.S. press & stylist introductions, including aiding in facilitating meetings. When possible, District Projects will suggest introductions between Maison Kitsuné founders and key press at global industry events; including the brand's Paris Fashion show event.
    - Provide key press referrals to brand's events in conjunction with Music agency representation.
- Activations & Collaborations
    - Concept development of up to six (6) special events, activations or collaborations in conjunction with Client.
        - e.g. brand collaborations, store opening, capsule collections, and other such event activations.
- U.S. Press Viewings
    - Plan and execute press presentation with outreach and follow up.
        - Two (2) joint Men's and Women's press viewings

- Account Management & PR Reporting
    - Manage incoming press inquiries and provide managed summary of PR coverage to Client.

2. Training Project

- Personnel advising
    - Advise on and aid in interviewing potential candidates for Client's internal public relations team.
- Internal processes guidelines
    - Provide process-oriented guidelines for internal team to follow as well as evaluation criteria for Client management team.
- Training
    - Train new hires or current team members according to agency's process guidelines.

## 2.2.  DELIVERABLES

The deliverables associated with the services for this project include the following:

| SERVICES | DELIVERABLES |
|---|---|
| Retained Public Relations Advising | - Identification of creative objectives, along with requirements and/or restrictions (including tentative or final media plans).<br>- Plan and execute joint press presentations with outreach and follow up.<br>- Concept development of up to six (6) special events, activations or collaborations.<br>- Provide key press referrals to brand's events in conjunction with Music agency representation.<br>- Development and continued improvement of ongoing U.S. communications strategy. |
| Training Project | - Developed and revised Training guidelines document.<br>- Assist in interviews for potential candidates.<br>- Training for selected personnel. |
| Account Management | - Participation in risk planning and mitigation, as needed.<br>- Budget tracking.<br>- Participate in Client project management related meetings for resource management, quality delivery, scope, and timing.<br>- Leading weekly status calls with key Client contacts.<br>- Delivery of meeting agendas to Client for all Agency-led meetings.<br>- Provide action item lists to ensure project needs are made aware to key client teams. |

### 2.3.  TIMING

This SOW will commence on December 15, 2016.

Communications consulting will begin on January 1, 2017, through December 31, 2017. It is currently anticipated that the Training project will be complete five (5) weeks after kickoff, given reasonable allowance for office holiday schedules.

Maison Kitsuné agrees to review Deliverables within the time identified for such reviews and to promptly either, (i) approve the Deliverables in writing or (ii) provide written comments and/or corrections sufficient to identify Maison Kitsuné's concerns, objections or corrections to Agency. The Agency shall be entitled to request written clarification of any concern, objection or correction.

Maison Kitsuné acknowledges and agrees that Agency's ability to meet any and all schedules is dependent upon Maison Kitsuné's prompt performance of its obligations to provide materials and written approvals and/or instructions pursuant to the SOW and that any delays in Maison Kitsuné's performance or Changes in the Services or Deliverables requested by Maison Kitsuné may delay delivery of the Deliverables. Any such delay caused by Client shall not constitute a breach of any term, condition or Agency's obligations under this Agreement.

### 2.4.  CHANGE CONTROL

Throughout any project, changes may be required to address unanticipated needs, incidents and/or new information that arise during the course of the project lifecycle. A change is defined as any deviation from the scope, timing, and budget outlined in this SOW. The Agency will lead a Change Control process to ensure change requests are tracked and approved throughout the project. In cases where changes are identified, a change request will be processed as follows:

- Agency will create a Change of Scope Order that documents the relevant information, including: change description, rationale (e.g. potential benefit), impact assessment, effort, and associated cost (if applicable) to implement the change.

- This Change of Scope Order will be submitted to Client and reviewed for final approval.

- For approved change requests, Agency will incorporate the change(s) into the project schedule (if applicable) and communicate the change to the appropriate team members.

- If it is anticipated that the Project will exceed estimated costs by more than 10%, then a revised estimate will be submitted for Client approval.

### 2.5.  CANCELLATION

If Maison Kitsuné decides to pause or terminate the retainer or training project for any reason, the cancellation fee will be calculated on a pro-rata basis at the normal project rate for hours spent before and after cancellation. Time spent post-cancellation that qualifies within this consideration counts as activity needed to wind down the relationship and hand off relevant materials to Maison Kitsuné. Cancellation or

notification of project on hold should be provided by Maison Kitsuné in writing with thirty (30) days notice, and District Projects will provide a breakdown of hours spent and assigned on behalf of the project.

## 3.  FEES & EXPENSES

### 3.1.  PROJECT FEE

The budget below represents the fees for the deliverables outlined in this Statement of Work.  Any changes to the list of deliverables or to the schedule could lead to a change in the costs outlined below and approved in writing by Maison Kitsuné. District Projects will provide a separate budget for any changes to the project scope with a Project Change Order. District Projects acknowledges responsibility to manage this cost and will advise of any risk ahead of exceeding the overall budget.

| RETAINED PUBLIC RELATIONS ADVISING | | |
|---|---|---|
| **Role** | **Hourly Rate** | **Total** |
| Communications Strategy | $350 | $10,000 |
| Account Management | | |
| Sub Total (monthly) | | $10,000 |
| **Discounted Total (monthly)** | | **$8,500** |

| TRAINING PROJECT | |
|---|---|
| PR Consulting | $3,500 |
| Account Management | $1,500 |
| **Total** | **$5,000** |
| **Discounted Total** | **$4,500** |

In return for the discounts provided, Maison Kitsuné agrees to give District Projects a $2,000 seasonal clothing allowance to be redeemed via the New York office. (price per annum / at retail price)

Client is responsible for all ordinary expenses incurred by District Projects in order to complete the scope and deliverables outlined in this SOW.  The following out-of-pocket expenses will be reimbursed by the client and do not require specific written pre-approval by the Client:

- In-town transportation to and from client meetings.

- Printing costs for deliverables printed using a 3rd party under $500.

- Messenger and delivery services under $100.

Any expense not listed above must be approved in writing by the Client before the expense is incurred by District Projects.

All out of pocket expenses will be invoiced as incurred, on a monthly basis, without mark-up.

## 3.2.  PAYMENT SCHEDULE

Invoicing for the District Projects fee will occur according to following terms.

The communications consulting retainer will be billed on the tenth (10th) day of each month prior. Beginning on December 20, 2016, for consulting to be provided in January 2017, and so on, until November 10, 2017.

Training Project payment should be completed on December 20, 2016, in the amount of $4,500.

Payment terms: Net-thirty (30) days.

## 4.    CLIENT OBLIGATIONS

Maison Kitsuné acknowledges that the completion of the Services is subject to the reasonable availability of Client and third-parties engaged by Client; their personnel and information, the reasonable participation of said personnel and the timely resolution of decisions and any issues arising.

The following specific Client Obligations are agreed:

- Identify and report any risks to District Projects team as soon as the risks are known.
- Communicate any third-party dependencies that may impact the project milestones.
- Attendance of Client's key project representatives in key meetings.
- Act as the final point of sign-off for all Agency deliverables.
- Communicate any relevant timings and dependencies that may affect delivery of the Services or Deliverables in this SOW.
- District Projects will not be held liable for any delays or actions resulting from delays due to Client or third-parties engaged by Client, or omissions or failure to meet any obligations as agreed with Client.
- Maison Kitsuné is responsible for identifying and providing access to relevant stakeholders (or their authorized delegates), scheduling meetings, workshops and reviews as required based on the agreed Timeline.
- Maison Kitsuné is responsible for obtaining internal legal clearance.
- Maison Kitsuné is responsible for providing any technical and platform requirements or restrictions to District Projects upon Project kickoff.

## 5.   PROJECT RISKS, DEPENDENCIES & ASSUMPTIONS

### 5.1.  RISKS

- District Projects will work transparently and collaboratively throughout the project lifespan. To ensure the project can be planned effectively, Client feedback will always be considered, assuming time allows within reason of mutually set timeline objectives.

- District Projects will not be held liable for any delays or actions resulting from delays due to Maison Kitsuné or Client Vendor actions or omissions; provided, that the parties acknowledge and agree that, during the term and performance of this SOW other commitments may impact the Project Plan.

### 5.2.  ASSUMPTIONS

- This SOW is based on project requirements provided by Maison Kitsuné at the time of the creation of the SOW. Any changes must be communicated in writing to the Agency for review and discussion regarding implications to scope, cost, and schedule.

- District Projects will provide files in one language (English) only.

- Each round of client revisions or feedback is expected to take 2 days to address, anything resulting in longer is subject to a Change of Scope Order

## 6.   SCOPE EXCLUSIONS

The elements described in this section are not to be considered Services or Deliverables for the purposes of this project:

- Budget for production of events, including but not limited to press days, launch events and activations.

- Facilitating invitations for Maison Kitsuné team members to industry events.

- District Projects shall not be held responsible for informing Client of labor law requirements within local or other municipalities in regards to Training project.

- Photographic / video shoots to obtain original photography.

- Client asset typesetting, proofreading, correcting or translations.

- Third party licenses.

- Securing the rights for the use of any Client materials regarding the project, or any trademark, copyright search or legal work required in connection with the deliverables, unless stated or previously agreed.

- Asset and content creation or production, unless otherwise agreed upon in a separate Statement of Work.

- Content or copy development of creative concept applications.

- Social strategy development or engagement and channel planning, unless otherwise agreed upon in a separate Statement of Work.

- Strategy for analytics or user behavior.

- SEO strategy development or engagement.

- Ideation, Creation or Production of any brand marketing collateral and/or content.

- Any CRM or Affiliate Strategy Development.

## 7.   TIMING

For the Retained Public Relations Advising, a detailed project schedule will be maintained and provided in conjunction with ongoing communications efforts throughout the term of engagement. The following represents high-level timing for the tasks and deliverables for the Training project in this SOW.

If the schedule is delayed due to late receipt of Client deliverables, late Client approvals, or if additional rounds of review beyond what is detailed below are requested by Maison Kitsuné, the project schedule and budget estimate may be revised to reflect additional time needed to complete the project.  A two-day (2) turnaround for all Client approvals is assumed.

No work may proceed until District Projects has received a signed copy of this Statement of Work.

| TRAINING PROJECT | |
| --- | --- |
| **DURATION** | **DELIVERABLES** |
| 2 Weeks | - Development and revision of training guidelines document<br>- Development and revision of evaluation criteria<br>- Two (2) consolidated rounds of review |
| 2 Weeks<br>* Pending holiday schedules | - Aid in interviewing up to potential candidates<br>- Train final internal team on processes and systems |
| 1 Week | - New hire begins with District Projects oversight |

## 8.   ACCEPTANCE

The following signature indicates acceptance of this proposal including agreement on the stated deliverables, requirements, schedule and budget.

Project Name:          Maison Kitsuné U.S. Public Relations Consulting & PR Training Project
Project Budget:        $8,500 monthly retainer, $4,500 Training Project
Project Code:          KM100

### MAISON KITSUNÉ INC

*Vinod Kasturi*
—————————————
Authorized Signature

Vinod Kasturi
—————————————
Name

General Manager, US & Canada
—————————————
Title

12-16-2016
—————————————
Date

### DISTRICT PROJECTS LLC

—————————————
Authorized Signature

Tom Daly
—————————————
Name

Co-founder
—————————————
Title

12.16.16
—————————————
Date