# EXHIBIT H

## 1170 BROADWAY CORNER RETAIL SPACE AT THE NOMAD HOTEL NEW YORK

## TERM SHEET

### *Kitsune*

| | |
|---|---|
| Project: | Kitsune ("Tenant") or a nominated entity seek to enter into a lease agreement (the "Lease") with 1170 Broadway Tenant, LLC or an affiliate thereof ("Landlord") whereby tenant will open an 800 SF boutique (the "Shop") within a 1,700 SF retail space located on the ground floor of the NoMad Hotel New York (collectively, the "Premises"), as further defined on Exhibit 1. Tenant will represent the other tenants (the "Tenant Group") within the Premises and manage and oversee the operation of the Tenant Group's retail business within the Premises. |
| Term: | 5 years (the "Term") plus one 5 year extension at Tenant's option. |
| Cross Default with WANT Lease: | The Lease will be cross-defaulted with the lease to be executed between Landlord and Want Les Essentiels de la Vie (the "WANT Lease") which will be for 300 SF within the Premises and otherwise on the same terms as this term sheet (adjusted for square footage), such that if the Lease is terminated by Landlord, then the WANT Lease may be terminated at Landlord's discretion and vice versa. In the event of a tenant default under the WANT Lease, Tenant shall have the option to assume the WANT Lease in connection with a cure of the default by Tenant. |
| Rent: | Greater of (a) "Base Rent" of $72,000 per annum ($90 PSF) or (b) "Percentage Rent" of 13% of Gross Revenue. |
| Base Rent Increases: | The greater of two and one-half percent (2.5%) per annum and annual CPI escalation, increased every year starting on the first anniversary of the Rent Commencement Date (as defined below). |
| Utilities: | Tenant will be sub-metered/directly metered for all utilities. In the event sub-metering is not available, utility charges will be passed through to Tenant by Landlord pursuant to a reasonable allocation. |
| Taxes: | Tenant will be responsible for its pro rata share of real estate taxes. |
| Rent Commencement Date: | 90 days after the date that the Premises is delivered to Tenant by Landlord (the "Possession Date"), which is estimated to be December 1, 2011. If the Possession Date does not occur by December 1, 2011, (a) the Rent Commencement Date will be extended by one day for every day of delay within Landlord's reasonable control (such that the Rent Commencement Date will remain 90 days after the Possession Date) and (b) Tenant will receive a credit towards Rent equal to one-half day for every day of delay within Landlord's reasonable control. |
| Landlord's Work: | Landlord will deliver space in a 'white box' condition as described on Exhibit 2. |
| Tenant's Work: | Tenant shall be responsible for all work at the Shop (other than Landlord's Work) in accordance with the agreed-to plans and specifications, which shall be subject to Landlord's approval, and shall oversee all other work to be performed at the Premises. Tenant will construct at the Shop a 'retail shop' equivalent in quality standard to the Kitsune retail store located at 52 Rue de Richelieu 75001 Paris, France. |
| Landlord Contribution | Landlord will contribute $85 PSF of the Shop for a total of $68,000 upon evidence that Tenant (i) has invested an estimated $200,000 ($250 PSF) (but in any event a minimum of $120,000 ($150 PSF)) on work at the Shop in accordance with the standard described in Tenant's Work above and (ii) can demonstrate at such time that it has the financial resources to complete all |

1

remaining work at the Premises. The Landlord Contribution is a total contribution and is meant reflect all qualified build-out expenses including applicable taxes.

Exclusivity:   Without Landlord's reasonable consent, for a period of three (3) years commencing upon execution of the Lease, Tenant shall not manage, develop, license or franchise another facility within the following boundaries: East-West from Second Avenue to Sixth Avenue, inclusive, and North-South from 42nd Street to 14th Street, inclusive. Without Landlord's reasonable consent, for a period of two (2) years commencing upon execution of the Lease, Tenant shall not manage, develop, license or franchise another Kitsune within another New York City hotel other than a hotel affiliated with Landlord.

Security Deposit:   Upon execution of the Lease, Tenant shall post a security deposit in the amount of three (3) months' base Rent (i.e., $18,000). After 12 months of timely Rent payments, one month's Rent shall be returned to Tenant from this security deposit (i.e., $6,000). The remaining security deposit may be used by Tenant towards Rent during the last 2 months of the Lease.

Opening and Operating Covenant:   A Kitsune retail shop operated by the Tenant must open on the Rent Commencement Date and must operate continuously for the Term of the Lease.

Use:   Kitsune retail shop and Kitsune Maison retail experience. A change in use will require Landlord's consent, not to be unreasonably withheld if such use is consistent with a location adjacent to a first class hotel.

Guarantee:   An individual or entity with sufficient credit will provide Landlord with (1) a completion guarantee for the Tenant's Work and/or demonstrate that sufficient capital has been set aside to complete the Tenant's Work and (2) a Good Guy Guarantee.

Co-Tenant:   Tenant has until July 1, 2011 to identify and secure an additional co-tenant for 600 SF in the Premises, to be evidenced by a signed term sheet with the same terms as this term sheet (adjusted for square footage). If such co-tenant is not delivered by July 1st, 2011, then Landlord has the right to secure the co-tenant, provided that Landlord's co-tenant selection has a market positioning and reputation similar to companies such as Aesop, Moncler, A.P.C, Mackintosh, Porter, JM Weston and Heeley. Securing a co-tenant shall not be a condition to execution of the Lease.

Lease Document:   Landlord's form of Lease to be executed no later than August 1st, 2011.

2

This Term Sheet is not intended to be a binding agreement, offer, commitment or contract to enter into the Lease, but is merely a statement of the present intentions of the parties, as evidenced by their signatures below. The transactions described in this Term Sheet will be binding upon the parties only in accordance with the terms contained in a Lease (and any other related documents), and only if, as and when such Lease and related documents have been executed and delivered by Landlord and Tenant.

1170 Broadway Tenant, LLC

By_____

Kitsune

By_____

KITSUNÉ
52 rue de Richelieu
75001 Paris
www.kitsune.fr

SARL au capital social de 7500 €
SIRET : 442 154 453 000 28
TVA : FR20442154453

Signature Page

## EXHIBIT 1

THE SHOP AND THE PREMISES

(see attached drawing)

EXHIBIT 2

OWNER'S WORK

Owner shall perform the following work:

1. Complete construction of Landmarks approved Broadway façade.

2. Install and patch sheetrock to create enclosed perimeter ready for painting

3. Bring mechanical HVAC suitable for tie in location, electric service (200 AMP), sprinkler supply but not distribution, and plumbing service for the Premises to the location determined in accordance with Tenant's Final Plans and Specifications