**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAISON KITSUNE, INC.,

Plaintiff,

-against-

VINOD KASTURI,

Defendant.

Case No. 1:24-cv-04431-ALC

VINOD KASTURI,

Counterclaimant and
Third-Party Plaintiff,

-against-

MAISON KITSUNE, INC, and KITSUNE
CREATIVE SAS,

Counterclaim and Third-
Party Defendants.

**DECLARATION OF CAMERON A. WELCH IN OPPOSITION**
**TO THIRD-PARTY DEFENDANT, KITSUNE CREATIVE SAS'S**
**MOTION TO DISMISS THIRD-PARTY CLAIMS**

I, CAMERON A. WELCH, hereby declare under penalty of perjury, that the following

statements are true and correct to the best of my knowledge:

1.      I am an attorney-at-law admitted to practice in the State of New York, and a

member of Cole Schotz, P.C., counsel for Defendant/Counterclaim and Third-Party Plaintiff Vinod

Kasturi ("Kasturi").

68201/0001-49950733

2

2.      I submit this declaration in opposition to Kitsune Parent's[1] Motion to Dismiss the Third-Party Claims.

3.      Attached hereto as "Exhibit A" is a redline comparison between Kitsune America's Memorandum of Law in Support of its Motion to Dismiss Counterclaims (ECF #20-5) and Kitsune Parent's Memorandum of Law in Support of its Motion to Dismiss Third-Party Claims (ECF #36-6).

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 2, 2025                              /s/Cameron A. Welch
       New York, New York                          CAMERON A. WELCH

---

[1] Unless otherwise stated, all capitalized terms have the same meaning as they do in Kasturi's Opposition to Kitsune America's Motion to Dismiss (ECF #25).

68201/0001-49950733