MEMO ENDORSED

# MUELLER HABERMAN LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___5/13/2025___



GREGORY K. MUELLER *
PAUL HABERMAN **
NEDA K. MOHEBBI
MICHAEL WHALEN *

OF COUNSEL:
BENJAMIN SUESS*
RAPHAEL G. JACOBS
ALLEN M. BELL
ELLIOTT MALONE *
PAUL I. PERKINS *+
MARIANNA MOLIVER *
BRIAN K. LAROCHE

19 ENGLE STREET
TENAFLY, NEW JERSEY 07670
(201) 567-4969
FAX (201) 567-4793

WALL STREET PLAZA
88 PINE STREET
22ND FLOOR
NEW YORK, NEW YORK 10005
(212) 995-5445

*       MEMBER OF NJ & NY BARS
**     MEMBER OF NJ, NY & CT BARS
+ CERTIFIED CIVIL TRIAL ATTORNEY

May 12, 2025

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

**Re:     Maison Kitsune, Inc. v. Kasturi (Docket No. 24-cv-04431-ALC)**

Your Honor:

We represent plaintiff Maison Kitsune, Inc. (the "Plaintiff") and third-party defendant Kitsune Creative S.A.S. (the "Third-Party Defendant") in the above-referenced matter. Please consider this letter a formal request for a one (1) week extension, from Friday, May 16, 2025 to Friday, May 23, 2025, to file Third-Party Defendant's reply in further support of its motion to dismiss (D.E. No. 36). I have corresponded with Cole Schotz, P.C., defendant Vinod Kasturi's counsel, and they consent to this request.

Thank you in advance for your timely consideration of this request.

Respectfully Submitted,

*/s/ Paul S. Haberman*

_____
Paul S. Haberman

CC:     All Counsel (VIA ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

May 13, 2025
New York, NY