

**COLE SCHOTZ** P.C.

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536  fax

—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Cameron A. Welch
Member
Admitted in NJ, NY and PA

Reply to New Jersey Office
Writer's Direct Line: 201.525.6209
Writer's Direct Fax: 201.678.6209
Writer's E-Mail: CWelch@coleschotz.com

September 25, 2025

**VIA ECF & EMAIL**
Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

> **Re:** *Maison Kitsune, Inc. v. Kasturi*, **Case No. 1:24-cv-04431-ALC**

Dear Judge Carter:

This firm is counsel to Defendant, Counterclaimant and Third-Party Plaintiff, Vinod Kasturi ("Kasturi"), in the above matter. We write pursuant to Section 2(A) of Your Honor's Individual Rules and Practices to respectfully request leave to file a motion for leave to amend the Third-Party Complaint (Dkt. No. 14).

Kasturi is moving for leave to amend his Third-Party Complaint to join additional third-party defendants, Audrey Castel Oster and Gildas Loaec, based on facts Kasturi was not aware of at the time that he filed the original pleading. Kasturi only became aware of these new facts upon the existing third-party defendant's submission of an April 4, 2024 Declaration of Raphael Grand (Dkt. No. 36-4). A true and correct copy of the proposed amended pleading, along with a redline comparison of the original pleading and proposed amended pleading, is attached hereto as Exhibit A.

 Pursuant to Federal Rule of Civil Procedure 15(a), leave to amend "shall be freely granted when justice so requires." Fed.R.Civ.P. 15(a). *See also Abbatiello v. Monsanto Co.,* 571 F. Supp. 2d 548, 552 (S.D.N.Y. 2008). This action is still in its pleading stage, there are two virtually identical pending motions to dismiss, and discovery has not yet commenced in earnest.  Granting Kasturi leave to amend would thus not prejudice the existing adverse parties or unduly delay discovery. *See, e.g., United States ex rel. YNKDY-2 v. Shiel Med. Lab'y,* No. 16-CV-1090 (NGG) (TAM), 2024 WL 779335, at *3 (E.D.N.Y. Feb. 26, 2024) ("Here, critically, the case is still in its early stages and the court has yet to rule on Defendants' pending motion to dismiss. Granting the amendment would therefore not prejudice the parties by requiring the Defendants to 'expend significant additional resources to conduct discovery and prepare for trial or significantly delay the resolution of the dispute.'")

68201/0001-51449671

 COLE SCHOTZ P.C.

Hon. Andrew L. Carter, Jr., U.S.D.J.
September 25, 2025
Page 2

For the reasons set forth above, Kasturi respectfully requests that this Court authorize Kasturi to bring his motion for leave to amend the Third-Party Complaint or, in the alternative, schedule a pre-motion conference to address this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Cameron A. Welch
Cameron A. Welch

cc. All parties via ECF

68201/0001-51449671