UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAISON KITSUNE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> VINOD KASTURI, <br><br> Defendant. | Case No. 1:24-cv-04431-ALC |
| VINOD KASTURI, <br><br> Counterclaimant and Third-Party Plaintiff, <br><br> -against- <br><br> MAISON KITSUNE, INC, and KITSUNE CREATIVE SAS, <br><br> Counterclaim and Third-Party Defendants. | **ORDER** |

The Court is in receipt of Defendant/Counterclaim and Third-Party Defendant Vinod Kasturi's pre-conference statement in connection with his anticipated motion for leave to amend. ECF No. 46. The Court **ORDERS** that Plaintiff/Counterclaim Defendant Maison Kitsune, Inc. and Third-Party Defendant Kitsune Creative SAS file a letter on **September 26, 2025** stating their position with respect to the anticipated motion.

The Court also **ORDERS** the parties to appear at a telephonic conference on Monday, September 29, 2025 at 2 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

SO ORDERED.

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

September 25, 2025
New York, NY