UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAISON KITSUNE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> VINOD KASTURI, <br><br> Defendant. | Case No. 1:24-cv-04431-ALC |
| VINOD KASTURI, <br><br> Counterclaimant and Third-Party Plaintiff, <br><br> -against- <br><br> MAISON KITSUNE, INC, and KITSUNE CREATIVE SAS, <br><br> Counterclaim and Third-Party Defendants. | **ORDER** |

In-follow up from the Court's premotion conference held on September 29, 2025, the Court **DENIES** without prejudice Plaintiff/Counterclaim Defendant Maison Kitsune, Inc.'s motion to dismiss the counterclaims (ECF No. 20) and **DENIES** without prejudice Third-Party Defendant Kitsune Creative SAS's motion to dismiss the third-party complaint (ECF No. 36).

The Court reminds the parties of the following deadlines in this case: **October 3, 2025**: Defendant/Counterclaimant/Third-Party Plaintiff's amended pleadings due; **October 21, 2025:** joint status report (as to the discovery issue noted by the parties during the premotion conference) due; and **December 2, 2025**: joint status report (as to the status of the case generally and indicating if any motion to dismiss briefing is being contemplated) due. The Clerk of Court is respectfully directed to terminate ECF Nos. 20 and 36.

**SO ORDERED.**

**September 29, 2025**
**New York, NY**

_____
**ANDREW L. CARTER, JR., U.S.D.J.**