UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

Maison Kitsune Inc.,

                Plaintiff,

    -against-                      1:24-cv-04431-ALC

Katsuri,                          **ORDER**

                Defendants.

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On October 21, 2025, the Parties filed a JSR about discovery disputes and the fact that newly named Parties Mr. Loaec and Ms. Oster have yet to secure representation. ECF No. 59.

The Court will conduct a telephone status conference in this action on November 5, 2025 at 12 pm to sort through these issues and discuss settlement. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:** October 28, 2025

    New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**