UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
Maison Kitsune Inc.,

                Plaintiff,

     -against-                          1:24-cv-04431-ALC

Katsuri,                             **AMENDED ORDER**

                Defendants.

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      On October 21, 2025, the Parties filed a JSR about discovery disputes and the fact that newly named Parties Mr. Loaec and Ms. Oster have yet to secure representation. ECF No. 59.

      The Court will conduct a telephone status conference in this action on November 5, 2025 at 12 pm to sort through these issues and discuss settlement. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226# ) on the date and time specified above.

**SO ORDERED.**

Dated:   October 29, 2025

       New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**