UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAISON KITSUNE, INC.,

        Plaintiff,

-against-

VINOD KASTURI,

        Defendant.

VINOD KASTURI,

        Counterclaimant and
        Third-Party Plaintiff,

-against-

MAISON KITSUNE, INC, and KITSUNE CREATIVE SAS,

        Counterclaim and Third-
        Party Defendants.

Case No. 1:24-cv-04431-ALC

**ORDER**

In-follow up from the Court's premotion conference held on November 5, 2025, the Court sets the following briefing schedule for Plaintiff Kitsune's Motion to Dismiss the Third-Party Complaint: Plaintiff Kitsune's brief by **December 4, 2025**; Defendant Katsuri's response by **December 30, 2025**; Reply (if any) by **January 7, 2026**. Both Parties are also reminded to file a joint status report by **December 4, 2025** regarding the representation issues discussed at today's conference.

SO ORDERED.

November 5, 2025
New York, NY

*/s/ Andrew L. Carter*

**ANDREW L. CARTER, JR., U.S.D.J.**