UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAISON KITSUNE, INC.,

                Plaintiff,

    -against-

VINOD KASTURI,

                Defendant.

VINOD KASTURI,

                Counterclaimant and
                Third-Party Plaintiff,

    -against-

MAISON KITSUNE, INC, and KITSUNE
CREATIVE SAS,

                Counterclaim and Third-
                Party Defendants.

Case No. 1:24-cv-04431-ALC

**ORDER**

On April 24, 2026 Plaintiff requested a pre-motion/status conference to discuss a sur-reply they want to file in further support of their respective motions to dismiss. On April 27, 2026, Defendant wrote in opposition to this request. At this time, Plaintiff's request for a conference is DENIED.

However, Plaintiff can file a sur-reply by May 7, 2026.

SO ORDERED.

April 29, 2026
New York, NY

ANDREW L. CARTER, JR., U.S.D.J.