**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAISON KITSUNE, INC.,

Plaintiff,

-against-

VINOD KASTURI,

Defendant.

VINOD KASTURI,

Counterclaimant and Third-Party Plaintiff,

-against-

MAISON KITSUNE, INC, and KITSUNE CREATIVE SAS,

Counterclaim and Third-Party Defendants.

Case No. 1:24-cv-04431-ALC

**ORDER**

By July 21, 2026, Defendant Katsuri is ORDERED to show how there is subject matter jurisdiction for his counter claims at the time he filed them in no more than 3 pages, including by stating the domicile and citizenship of all Parties in ECF No. 51. Defendant Katsuri is also ORDERED to provide the July 2016 Agreement he mentions in his first cause of action for breach of contract.

Plaintiff Maison Kitsune, Inc, is ORDERED to show how there is subject matter jurisdiction for their initial complaint, ECF No. 1., and to respond to Defendant Katsuri's July 21, 2026 letter in no more than 4 pages by July 22, 2026.

**SO ORDERED.**

**July 16, 2026**
**New York, NY**

**ANDREW L. CARTER, JR., U.S.D.J.**