**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAISON KITSUNE, INC.,

Plaintiff,

-against-

VINOD KASTURI,

Defendant.

VINOD KASTURI,

Counterclaimant and Third-Party Plaintiff,

-against-

MAISON KITSUNE, INC, and KITSUNE CREATIVE SAS,

Counterclaim and Third-Party Defendants.

Case No. 1:24-cv-04431-ALC

**ORDER**

Defendants did not provide the citizenship of Oster and Loaec. The Defendants are ORDERED to provide this information by July 24, 2026, so the Court can ensure there is subject matter jurisdiction. "United States citizens who are domiciled abroad are neither citizens of any state of the United States nor citizens or subjects of a foreign state, and§ 1332(a) does not provide that the courts have jurisdiction over a suit to which such persons are parties." *Cresswell v. Sullivan & Cromwell,* 922 F.2d 60, 68 (2d. Cir. 1990).

**SO ORDERED.**

**July 23, 2026**
**New York, NY**

*[signature]*

**ANDREW L. CARTER, JR., U.S.D.J.**