**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MAISON INC**

**Plaintiff,**

**-against-**

**KATSURI**

**Defendants.**

---

**1:24-cv-4431 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to appear for a conference at 10:30 am at September 1, 2026 in the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 444.

**SO ORDERED.**
**Dated: July 31, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**