UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAISON INC<br>Plaintiff,<br>-against-<br>KATSURI<br>Defendants. | 1:24-cv-4431 (ALC)<br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

As stated on the record during the conference, the motions to dismiss the amended counterclaims and third party claims are DENIED. The Parties are ORDERED to file a joint status report regarding settlement by October 1, 2026.

The Clerk of Court is respectfully directed to terminate ECF Nos. 64, 65, and 112.

**SO ORDERED.**
**Dated: September 1, 2026**
**New York, New York**

[signature]

**ANDREW L. CARTER, JR.**
**United States District Judge**