UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAISON KITSUNE, INC.,

Plaintiff,

-against-

VINOD KASTURI,

Defendant.

24-CV-4431 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court thanks the parties for the update at ECF 138. If the parties wish to consent to my jurisdiction in connection with the pending motion to dismiss, they should file the appropriate form (AO 85A) as soon as possible. To the extent that the parties wish to consent to my jurisdiction in connection with any specific future motion, they should file the appropriate form (AO 85A) at the time any such motion is filed. There will be no adverse substantive consequences if the parties decline to consent to my jurisdiction.

Dated: November 6, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge